B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ocean Park Hotels-TOY, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**TRA Courtyard by Marriot-Thousand Oaks/Ventura; DBA Marriott Courtyard; DBA Courtyard-Thousand Oaks; DBA Marritott Courtyard-Thousand Oaks** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**52-2395868** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1710 Newbury Road**<br>**Thousand Oaks, CA**<br>ZIP Code **91320** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ventura** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**710 Fiero Lane Suite 14**<br>**San Luis Obispo, CA**<br>ZIP Code **93401** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ocean Park Hotels-TOY, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Ocean Park Hotels -TOP, LLC** | Case Number: | Date Filed: |
| District: | Relationship:<br>**Affiliate/ filing concurrently** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____
                (Name of landlord that obtained judgment)

                 _____
                (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)        Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Ocean Park Hotels-TOY, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Jeffrey N. Pomerantz** _____
   Signature of Attorney for Debtor(s)

   **Jeffrey N. Pomerantz CA Bar No. 143717**
   Printed Name of Attorney for Debtor(s)

   **Pachulski Stang Ziehl & Jones LLP**
   Firm Name

   **10100 Santa Monica Blvd.**
   **11th Floor**
   **Los Angeles, CA 90067**

   Address

   **310-277-6910  Fax: 310-201-0760**
   Telephone Number

   **May  6, 2010**      **CA Bar No. 143717**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ James M. Flagg** _____
   Signature of Authorized Individual

   **James M. Flagg**
   Printed Name of Authorized Individual

   **Manager**
   Title of Authorized Individual

   **May  6, 2010**
   Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jeffrey N. Pomerantz**<br>**Linda F. Cantor**<br>**Pachulski Stang Ziehl & Jones LLP**<br>**10100 Santa Monica Blvd.**<br>**11th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 277-6910 Fax: (310) 201-0760**<br>**153762**<br>☐ *Attorney for:* Debtor in Possession | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>   **Ocean Park Hotels -TOY, LLC**<br><div align=right>Debtor(s).</div> | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

<div align="center">

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

</div>

| | | |
|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: __May 6, 2010__ |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ | Other: _____ | Date Filed: _____ |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

   I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          __May 6, 2010_____
*Signature of Authorized Signatory of Filing Party*          Date

**James M. Flagg**
_____
*Printed Name of Authorized Signatory of Filing Party*

**Managing member of the Debtor**
_____
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

   I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Jeffrey N. Pomerantz          __May 6, 2010_____
*Signature of Attorney for Filing Party*          Date

**Jeffrey N. Pomerantz**
_____
*Printed Name of Attorney for Filing Party*

---

<div align="center">This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.</div>

*November 2006*

# United States Bankruptcy Court
## Central District of California

In re    **Ocean Park Hotels-TOY, LLC**                                ,    Case No. _____

Debtor

Chapter                    **11**

# Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___**Not applicable**_____.

2.  The following financial data is the latest available information and refers to debtor's condition on
    _____.

|   | | | | | |
|---|---|---|---|---|---|
| a. Total assets | | | $ | **0.00** | |
| b. Total debts (including debts listed in 2.c.,below) | | | $ | **0.00** | |

Approximate number of holders

| c. Debt securities held by more than 500 holders. | | | | | |
|---|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |
| secured / / | unsecured / / | subordinated / / | $ | **0.00** | **0** |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | **0** | **0** |
| e. Number of shares of common stock | **0** | **0** |

Comments, if any:

3.  Brief description of debtor's business:

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

## WRITTEN CONSENT BY THE MEMBERS OF
## OCEAN PARK HOTELS-TOY, LLC

The undersigned, constituting all the members of Ocean Park Hotels-TOY, LLC, a California limited liability company (the "Company"), hereby consent to the adoption of the following resolutions

RESOLVED THAT the members of the Company (the "Members") have considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors;

RESOLVED THAT in the business judgment of the Members, it is desirable and in the best interests of the Company, its creditors, Members and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California

FURTHER RESOLVED THAT James M. Flagg, the manager of the Company (the "Manager"), be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action which they deem necessary or proper to obtain such relief under the Bankruptcy Code; and that any such actions heretofore taken by the Manager on behalf of the Company are hereby ratified, approved, and confirmed;

FURTHER RESOLVED THAT Manager be, and hereby is, authorized and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP as general bankruptcy counsel to the Company to represent and assist it in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any pleading, and in connection therewith, and the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Pachulski Stang Ziehl & Jones LLP;

FURTHER RESOLVED THAT the Manager be, and hereby is, authorized and directed to employ additional professionals as the Manager in his reasonable discretion deem necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions and in connection therewith, the Manager is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional;

FURTHER RESOLVED THAT that the Company be, and it hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

FURTHER RESOLVED THAT all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Manager of the Company, in the name and on behalf of the Company, which acts would

have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

FURTHER RESOLVED THAT the Manager be, and hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

FURTHER RESOLVED THAT all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned Members of the Company have signed this Written Consent as of ___HAY 5___ , 2010.

James M. Flagg

C.E.F. Equities, LLC,
a California limited liability company

By:_____
James M. Flagg, Manager

The undersigned hereby certifies that he is the sole manager of the Company and, in such capacity, hereby acknowledges and consents to the adoption by the Members of the Company of the resolutions set forth above in this Written Consent, and hereby certifies that, to his knowledge, such resolutions have not been rescinded, revoked, amended or modified and remain in full force and effect.

James M. Flagg

Dated: ___MAY 5, 2010___

The undersigned hereby certifies that he is the sole member of C.E.F. Equities, LLC and, in such capacity, hereby consents to, authorizes, ratifies and approves the execution by C.E.F. Equities, LLC of this Written Consent.

___see attached___
John P. Flagg,
Trustee of the Claire E. Flagg Trust dated May 23, 1993, as amended and restated March 19, 2007

62505-001\DOCS_LA:218279.2

have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified;

FURTHER RESOLVED THAT the Manager be, and hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as they, in their discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

FURTHER RESOLVED THAT all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned Members of the Company have signed this Written Consent as of _____, 2010.

_____
James M. Flagg

C.E.F. Equities, LLC,
a California limited liability company

By:_____
    James M. Flagg, Manager

The undersigned hereby certifies that he is the sole manager of the Company and, in such capacity, hereby acknowledges and consents to the adoption by the Members of the Company of the resolutions set forth above in this Written Consent, and hereby certifies that, to his knowledge, such resolutions have not been rescinded, revoked, amended or modified and remain in full force and effect.

_____
James M. Flagg

Dated: _____

The undersigned hereby certifies that he is the sole member of C.E.F. Equities, LLC and, in such capacity, hereby consents to, authorizes, ratifies and approves the execution by C.E.F. Equities, LLC of this Written Consent.

_____
John P. Flagg,
Trustee of the Claire E. Flagg Trust dated May 23, 1993, as amended and restated March 19, 2007

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Jeffrey N. Pomerantz**<br>**10100 Santa Monica Blvd.**<br>**11th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 277-6910 Fax: (310) 201-0760**<br>California State Bar Number: **CA Bar No. 143717**<br><br>*Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    **Ocean Park Hotels -TOY, LLC** | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:    **11** |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

<div align="center">

**Corporate Ownership Statement Pursuant to**
**F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5**

</div>

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    <u>**James M. Flagg**</u>    , the undersigned in the above-captioned case, hereby declare

<div align="center">

*(Print Name of Attorney or Declarant)*

</div>

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the debtor corporation

2.a.    ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        See Addendum

b.        ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ James M. Flagg                                        May 6, 2010
Signature of Attorney or Declarant                Date

**James M. Flagg**
Printed Name of Attorney or Declarant

_____
<div align="center">

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

</div>

| In re | | CHAPTER __11__ |
|---|---|---|
| **Ocean Park Hotels -TOY, LLC** | | CASE NUMBER |
| | Debtor. | |

# Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

CEF Equities, LLC

James M. Flagg

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Ocean Park Hotels-TOY, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Parker, Milliken, Clark**<br>**555 S. Flower Street, 30th Floor**<br>**Los Angeles, CA 90071** | **Richard Robbins**<br>**Parker, Milliken, Clark**<br>**555 S. Flower Street, 30th Floor**<br>**Los Angeles, CA 90071**<br>**213.683.6515** | **Legal fees** | **Disputed** | **412,668.76** |
| **Rockbridge Capital, LLC**<br>**4100 Regent Street, Suite G**<br>**Columbus, OH  43219** | **Steven Denz**<br>**Rockbridge Capital, LLC**<br>**4100 Regent Street, Suite G**<br>**Columbus, OH  43219** | | | 12,135.21 |
| **Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257** | **Franchise Tax Board**<br>**PO Box 942857**<br>**Sacramento, CA 94257**<br>**916.845.4750** | **Corporate Taxes** | | 6,000.00 |
| **Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction** | **George**<br>**Guest Supply**<br>**PO Box 910**<br>**Monmouth Junction**<br>**800.772.7676** | **Goods and services** | | 4,892.52 |
| **CompWest Insurance Company**<br>**Dept 9669**<br>**Los Angeles, CA 90084-9669** | **Credit Dept.**<br>**CompWest Insurance Company**<br>**Dept 9669**<br>**Los Angeles, CA 90084-9669**<br>**415.593.5145** | **Insurance fees** | | 2,540.00 |
| **Kyber Networks**<br>**5655 Silver Creek Valley Rd.**<br>**San Jose, CA 95138** | **Kirt Mulji**<br>**Kyber Networks**<br>**5655 Silver Creek Valley Rd.**<br>**San Jose, CA 95138**<br>**866.267.3101** | **Goods and services** | | 1,950.00 |
| **Ecolab Fabrics**<br>**PO Box 100512**<br>**Pasadena, CA 91189** | **Emily Benforado**<br>**Ecolab Fabrics**<br>**PO Box 100512**<br>**Pasadena, CA 91189**<br>**800.352.5326** | **Goods and services** | | 1,931.47 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Ocean Park Hotels-TOY, LLC**                                    Case No.   _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **NP Giant Associates, LLC**<br>**5655 Lindero Canyon Road, Suite 301**<br>**Thousand Oaks, CA 91362** | **David Ghiradelli**<br>**NP Giant Associates, LLC**<br>**5655 Lindero Canyon Road, Suite 301**<br>**Thousand Oaks, CA 91362**<br>**818.991.7890** | **Goods and services** | | **1.862.00** |
| **Tradavo**<br>**14144 W. Evans Circle**<br>**Lakewood, CO 80228** | **Credit Dept.**<br>**Tradavo**<br>**14144 W. Evans Circle**<br>**Lakewood, CO 80228**<br>**512.432.4577** | **Goods and services** | | **1011.08** |
| **DJ's California Catering Inc**<br>**2784 Johnson Drive**<br>**Ventura, CA 93003** | **John**<br>**DJ's California Catering Inc**<br>**2784 Johnson Drive**<br>**Ventura, CA 93003**<br>**805.850.0194** | **Goods and Services** | | **788.40** |
| **National Appeal, Inc.**<br>**748 Navigator Way**<br>**Oxnard, CA  93035** | **Tim Ball**<br>**National Appeal, Inc.**<br>**748 Navigator Way**<br>**Oxnard, CA  93035**<br>**805.985.3523** | **Goods and services** | | **698.00** |
| **GI Industries**<br>**195 W. Los Angeles**<br>**Simi Valley, CA  93065** | **Credit Dept.**<br>**GI Industries**<br>**195 W. Los Angeles**<br>**Simi Valley, CA  93065**<br>**805.522.9400** | **Goods and services** | | **528.53** |
| **HD Supply Facilities Maint.**<br>**PO Box 509058**<br>**San Diego, CA  92150** | **Jeff Renna**<br>**HD Supply Facilities Maint.**<br>**PO Box 509058**<br>**San Diego, CA  92150**<br>**800.431.3000** | **Goods and services** | | **500.15** |
| **Royal Cup Coffee**<br>**P.O. Box 170971**<br>**Birmingham, AL 35217** | **Greg Bench**<br>**Royal Cup Coffee**<br>**P.O. Box 170971**<br>**Birmingham, AL 35217**<br>**800.366.5836** | **Goods and services** | | **451.72** |
| **Young's Market Company**<br>**PO Box 30145**<br>**Los Angeles, CA 90030-0145** | **Credit Dept.**<br>**Young's Market Company**<br>**PO Box 30145**<br>**Los Angeles, CA 90030-0145**<br>**800.627.2777** | **Goods and Services** | | **388.92** |
| **Ecolab Pest Elim. Div.**<br>**PO Box 6007**<br>**Grand Forks, ND 58206-6007** | **Larry Taylor**<br>**Ecolab Pest Elim. Div.**<br>**PO Box 6007**<br>**Grand Forks, ND 58206-6007**<br>**800.325.1671** | **Goods and services** | | **332.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Ocean Park Hotels-TOY, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Reliable Repairs<br>153 Hoover Ave.<br>Ventura, CA 93004 | Credit Dept.<br>Reliable Repairs<br>153 Hoover Ave.<br>Ventura, CA 93004<br>805.812.5105 | Goods and services | | 326.72 |
| Xerox Corporation<br>PO Box 650361<br>Dallas, TX 75265-0361 | Kathy Tisdale<br>Xerox Corporation<br>PO Box 650361<br>Dallas, TX 75265-0361<br>972.420.5297 | Goods and services | | 322.23 |
| Golden West Dental<br>PO Box 5066<br>Oxnard, CA 93031-5066 | Credit Dept.<br>Golden West Dental<br>PO Box 5066<br>Oxnard, CA 93031-5066<br>805.987.8041 | Goods and services | | 302.49 |
| Cintas the Uniform People<br>97627 Eagle Way<br>Chicago, IL 60678-9760 | Credit Dept<br>Cintas the Uniform People<br>97627 Eagle Way<br>Chicago, IL 60678-9760<br>773.588.5365 | Goods and services | | 300.50 |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **May 6, 2010**                              Signature    /s/ James M. Flagg
                                                                  **James M. Flagg**
                                                                  **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

### Central District of California

In re  **Ocean Park Hotels-TOY, LLC**

Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CEF Equities, LLC**<br>**710 Fiero Lane**<br>**Suite 14**<br>**San Luis Obispo, CA 93401** | | | **75% interest** |
| **James M. Flagg**<br>**710 Fiero Lane**<br>**Suite 14**<br>**San Luis Obispo, CA 93401** | | | **25% interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May  6, 2010**_____    Signature _**/s/ James M. Flagg**_____

**James M. Flagg**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Jeffrey N. Pomerantz**<br>**10100 Santa Monica Blvd.**<br>**11th Floor**<br>**Los Angeles, CA 90067**<br>**(310) 277-6910 Fax:(310) 201-0760**<br>CA State Bar Number: **CA Bar No. 143717** | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |

| In re:<br><br>**Ocean Park Hotels -TOY, LLC** | CHAPTER 11 |
|---|---|
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*): 710 Fiero Lane, Suite 14, San Luis Obispo, CA  93401

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:710 Fiero Lane, Suite 14, San Luis Obispo, CA  93401

3.  Disclose the current business address(es) for all corporate officers: 710 Fiero Lane, Suite 14, San Luis Opisbo

4.  Disclose the current business address(es) where the Debtor's books and records are located:
     710 Fiero Lane, Suite 14, San Luis Obispo, CA  93401

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet: 1710 Newbury Road, Thousand Oaks, CA  91320

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es): 27441 Tourney Rd., Suite 220, Valencia.  This was the Debtors's corporate address through 2/12/10.  The Debtors' corporate office is presently 710 Fiero Lane, Suite 14, 93401

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: James M. Flagg, Manager of Ocean Park Hotels-Toy, LLC

8.   Total number of attached pages of supporting documentation:  **0**

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

**VEN-C**

Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2

**VEN-C**

| In re | CHAPTER 11 |
|---|---|
| **Ocean Park Hotels -Toy, LLC** | |
| Debtor. | CASE NUMBER |

9.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.


Executed on **5/6/10** , at Monterey, California.


| **James M.  Flagg** | /s/ James M. Flagg |
|---|---|
| *Type Name of Officer* | *Signature of Declarant* |

| **Manager** | |
|---|---|
| *Position or Title of Officer* | |

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **none**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Ocean Park Hotels-TOP, LLC an affiliate of the Debtor is concurrently filing a Chapter 11 petition.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Monterey_____ , California.    **/s/ James M. Flagg**
                                                               **James M. Flagg**
Dated    **May  6, 2010**                                      *Debtor*

_____
                                                               *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)      1998 USBC, Central District of California

| | |
|---|---|
| **\*UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br>**Ocean Park Hotels -Toy, LLC**<br><br><div align="right">Debtor.</div> | Case No.:<br><br>**DISCLOSURE OF COMPENSATION**<br>**OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 353,067.09* |
| Prior to the filing of this statement I have been paid | $ | 73,774.55 |
| Balance Due | $ | 0.00 |

2.  $ **1,039.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

**\* Prior to the petition date PSZJ received $353,067.09 from TOY for services to be rendered as restructuring counsel. Prior to the petition date PSZJ estimates that it incurred $73,774.55 in fees and expenses in connection with preparation for the filing of TOY's chapter 11 case. PSZJ is reconciling the correct amount of its prepetition fees and expenses and to the extent that it has received payment in excess of the amounts billed, it will transfer the remaining amounts to the trust account it maintains for TOY. Accordingly, as of the petition date PSZJ will maintain a retainer of $279,292.54 which will be held in its trust account and applied against postpetition fees and expenses as authorized by the Bankruptcy Code and orders of the Bankruptcy Court. PSZJ reserves the right to seek additional compensation for representing TOY in excess of the amounts held in its retainer account.**

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**                **1998 USBC, Central District of California**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| May 6, 2010 | /s/ Jeffrey N. Pomerantz |
|---|---|
| *Date* | **Jeffrey N. Pomerantz 143717** |
| | *Signature of Attorney* |
| | **Pachulski Stang Ziehl & Jones LLP** |
| | *Name of Law Firm* |
| | **10100 Santa Monica Blvd.** |
| | **11th Floor** |
| | **Los Angeles, CA 90067** |
| | **(310) 277-6910  Fax: (310) 201-0760** |

---

Verification of Creditor Mailing List - (Rev. 10/05)                                      2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

| | |
|---|---|
| Name | **Jeffrey N. Pomerantz** |
| Address | **10100 Santa Monica Blvd. 11th Floor Los Angeles, CA 90067** |
| Telephone | **310-277-6910 Fax: 310-201-0760** |

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td rowspan="3">List all names including trade names used by Debtor(s) within last 8 years:<br><b>Ocean Park Hotels-TOY, LLC<br>TRA Courtyard by Marriot-Thousand Oaks/Ventura; DBA Marriott Courtyard; DBA Courtyard-Thousand Oaks; DBA Marritott Courtyard-Thousand Oaks</b></td><td>Case No.:</td></tr>
<tr><td>Chapter:          <b>11</b></td></tr>
<tr><td></td></tr>
</table>

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**32**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   May 6, 2010                           /s/ James M. Flagg
                                              **James M. Flagg**/Manager
                                              Signer/Title

:

Ocean Park Hotels-TOY, LLC
710 Fiero Lane Suite 14
San Luis Obispo, CA 93401


Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067


Office of the United States Trustee
21051 Burbank Blvd
Suite 115
Los Angeles, CA 90067

A S Hospitality
P.O. Box 504232
Saint Louis, MO 63150-4232

Accurate Backflow
7840 Burnet Avenue
Van Nuys, CA 91405

Accurate Backflow Testing & Valve Rep
7840 Burnet Avenue
Van Nuys, CA 91405

Acqua Clear INC
1235 Flynn Road, Unit 408
Camarillo, CA 93012-6214

Ad-vantage Promotional Product
1145 Shiloh Ct.
Mobile, AL 36609

Airplus Refrigeration
23705 Vanowen St., Unit 131
West Hills, CA 91307

All American Publishing
PO Box 100
Caldwell, ID 83606-0100

All Pro Pool & Spa
PO Box 1238
Moorpark, CA 93020-8399

Allied Distributing Co  LLC
2505 E Pleasant Valley Road
Camarillo, CA 93010


Am Red Cross of Ventura County
836 Calle Plano
Camarillo, CA 93011


Amanda Parrish
1710 Newbury Park Road
Newbury Park, CA 91320


American Arbitration Association
555 S Flower Street, 30th Floor
Los Angeles, CA 90071


American Exp Corp. Mtg. Solutions
2002 N. 19th Ave
Phoenix, AZ 85027


American Express Corp Solutions
2002 N 19th Ave
Phoenix, AZ 85027


American Heart Association


American Hotel Registry
16458 Collections Center Drive
Chicago, IL 60693

American Red Cross/Ventura County
836 Calle Plano
Camarillo, CA 93011


Anderson Heating Refrigeration AC
567 W Channel Islands Blvd.
Port Hueneme, CA 93041


Astor Chocolate Corp
651 New Hampshire Avenue
Lakewood, NJ 08781


At&t
PO Box 78214
Phoenix, AZ 85062-8214


AT&T
PO Box 5019
Carol Stream, IL 60197-5019


At&t (1141000025)
PO Box 78214
Phoenix, AZ 85062-8214


AT&T (1141000026)
PO Box 5019
Carol Stream, IL 60197-5019


Atco International
2136 Kingston Court
Marrietta, GA 30067-8902

Basso Distributing Co
2505 E Pleasant Valley Road
Camarillo, CA 93012


Basso Distributing Co.
2505 E Pleasant Valley Road
Camarillo, CA 93012


Bernards Brothers Construction
618 San Fernando Road
San Fernando, CA 91340


Big Apple Fire Protection, Inc.
821 Irving Drive
Thousand Oaks, CA 91360


Bigfoot Distributors
1421 Jamaica Drive
Casper, ID 82609


Blink Eye Production
8902 E. Via Linda
Scottsdale, AZ 85258


Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-8063


Breeze's Bakery & Cafe
1714 Newbury Road
Newbury Park, CA 91320

Bright Electrical Supply
217 N Western Avenue
Chicago, IL 60612


Buy Efficient
903 Calle Amanecer
San Clemente, CA 92673


California Hotel & Lodging Assoc
PO Box 2007
Sacramento, CA 95812


California Lutheran University
60 W Olsen Road
Thousand Oaks, CA 91360


California Travel and Tourism Comm
PO Box 2007
Sacramento, CA 95812


Cecilia Granados
513 Jenny Drive
Newbury Park, CA 91320


CEF Equities LLC
710 Fiero Lane Suite 14
San Luis Obispo, CA 93401


CEF Equities, LLC
710 Fiero Lane
Suite 14
San Luis Obispo, CA 93401

Channel Build Solutions
2269 Chestnut Street Suite 133
San Francisco, CA 94123


Charles Dethloff
619 W Robert Avenue
Oxnard, CA 93030


Christopher's Cleaning
PO Box 6582
Thousand Oaks, CA 91360


Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760


Ciria Elizabeth Ortega
670 Paseo Esmeralda
Newbury Park, CA 91320


City of Thousand Oaks
2100 Thousand Oaks Blvd
Thousand Oaks, CA 90362-2903


City of Thousand Oaks - Utilities
Department No 7235
Los Angeles, CA 90088-7235


Cleaners Supply
46 Isador Court Suite 103
Sparks, NV 89441

Clubhouse Cleaners
North Ranch Pavilions
Thousand Oaks, CA 91362

Community Marketing Inc
584 Castro Street #834
San Francisco, CA 94114

CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669

Conejo Valley Parks & Recreation
403 W Hillcrest Drive
Thousand Oaks, CA 91360

Corporate Express, INC
PO Box 71217
Chicago, IL 60694-1217

County of Ventura
800 South Victoria Avenue
Ventura, CA 93009

Courtyard Seattle-Federal Way
31910 Gateway Center Blvd
Federal Way, WA 98003

Crane Development
9605 Kearny Villa Road
San Diego, CA 92126

Dale and Thomas Popcorn
1 Cedar Lane
Englewood, NJ 07631-4802


Debbies Delight's
223 E Gutierrez
Santa Barbara, CA 93101


Definitive Consulting Group LLC
831 Manhattan Street
Grover Beach, CA 93433


Department of Industrial Relations
PO Box 420603
San Francisco, CA 94142-0603


DepoNet
PO Box 934157
Atlanta, GA 31193-4157


Direct Access International Inc
560 N Moorpark Rd Suite 147
Thousand Oaks, CA 91360


DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003


DMX Music Inc.
1703 W Fifth Street Suite 600
Austin, TX 78703

Donna Ontiveros
1712 Newbury Park Road
Newbury Park, CA 91320


Dow Jones & Company
Single Copy Sales
Chicopee, MA 01020-9983


Dreyer's
Edy's Grand Ice Cream
Oakland, CA 94607


Durbiano Fire Equipment, Inc.
PO Box 52
Ventura, CA 93002


Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189


Ecolab Food Safety Specialties
Daydots
Chicago, IL 60673-1241


Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007


EDC Technologies, Inc.
PO Box 2639
Rohnert Park, CA 94927

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280


Eustaquio E Origel
1696 Calle Turquesa
Newbury Park, CA 91320


Excellence in Air Conditioning
6117 Reseda Blvd Unit U
Reseda, CA 91335


Fed Ex
PO Box 7221
Pasadena, CA 91109-7321


First Insurance Funding Corp
PO Box 66468
Chicago, IL 60682


First Insurance Funding Corp.
PO Box 66468
Chicago, IL 60682


First Security Fire Protection
13961 Tucker Avenue
Sylmar, CA 91342


Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

Franklin & Vizzo
2594 Channel Drive
Ventura, CA 93003


FreePrinters.com
4901 Harbor Ct
Flower Mound, TX 75022


Front Line Sales Inc
PO Box 670
La Verne, CA 91750


Front Line Sales, Inc.
PO Box 670
La Verne, CA 91750


GBP&B
1150 Palm Street
San Luis Obispo, CA 93401


George Smith Partners Inc
10250 Constellation Blvd Ste 2700
Los Angeles, CA 90067


George Smith Partners, Inc.
10250 Constellation Blvd., Ste 2700
Los Angeles, CA 90067


Getaway Media Corp
PO Box 2585
San Marcos, CA 92079

GI Industries -
195 W. Los Angeles
Simi Valley, CA 93065


Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066


Golden West Sales
1956 Sabre Street
Hayward, CA 94545


Grainger
Dept 870262813
Palatine, IL 60038-0001


Graphics Systems, Inc
PO Box 911985
Dallas, TX 75391-1985


Great Pacific Sign Works
705 Lakefield Road Suite f
Westlake Village, CA 91361


Groople
10333 E Dry Creek Rd Suite 220
Englewood, CO 80112


Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910

Guidance Software
23741 Network Place
Chicago, IL 60673-1213


Hampton Inn & Suites-Thousand Oaks
510 N Ventu Park Road
Thousand Oaks, CA 91320


Hampton Inn & Suites-Thousand Oaks (1141
510 N. Ventu Park Road
Thousand Oaks, CA 91320


Hathaway Perrett Webster
PO Box 3577
Ventura, CA 93006


HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150-9058


Heartland Food Products, INC
1901 W. 47th Place, Suite 20
Shawnee Mission, KS 66205


Helmsbriscoe
20875 N 90th Place
Chandler, AZ 85255


Hi-Tech Electro Design
1554 Victory Blvd
Glendale, CA 91201

Hinman & Carmichael LLP
260 California Street Suite 1001
San Francisco, CA 94111


Hodges and Irvine
PO Box 197
Saint Clair, MI 48079


IISES LLC
5537 S Everett, 1W
Chicago, IL 60637


Image Pros
1746-F S Victoria Ave #135
Ventura, CA 93003


In The Swim
320 Industrial Drive
West Chicago, IL 60185


Inside Out Landscapes
PO Box 905
Carpinteria, CA 93014


INSIGHT
PO Box 78825
Phoenix, AZ 85062-8825


Integra Fabrics
3650 Ralph Ellis Blvd
Loris, SC 29569

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


James M. Flagg
710 Fiero Lane
Suite 14
San Luis Obispo, CA 93401


JAMS Inc
PO Box 512850
Los Angeles, CA 90016


Jerry's Welding
649 Easy Street Unit D
Simi Valley, CA 93065


Kaba ILCO Inc
PO Box 12553
Montreal, Can H3C 6R1


Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915


Karcher Floor Care
Dept CH19244
Palatine, IL 60055-9244


Kenneth Painter
1710 Newbury Park Road
Newbury Park, CA 91320

Krystal Glover
485 Serento Circle
Thousand Oaks, CA 91360


Kyber Networks
5655 Silver Creek Valley Rd
San Jose, CA 95138


L G Electronics U.S.A., Inc.
PO Box 730241
Dallas, TX 75373-0241


LA Best Photocopies
811 Wilshire Blvd Suite 200
Los Angeles, CA 90017


La Quinta Inn and Suites
1320 Newbury Road
Newbury Park, CA 91320


Labor Law Compliance Center
17215 Red Oak Drive #112
Houston, TX 77090


Labor Law Poster Service
5859 W Saginaw Hwy 343
Lansing, MI 48917-2460


Lawson Products
2689 Paysphere Circle
Chicago, IL 60674

Legalink, Inc.
File 70206
Los Angeles, CA 90074-0206


Lexyl Travel Technologies
8880 Rio San Diego Drive Suite 800
San Diego, CA 92108


LiveFile LLC
200 Station Way Suite D
Arroyo Grande, CA 93420


LodgeNet Entertainment Corp.
PO Box 952141
Saint Louis, MO 63195-2141


Los Angeles Business Travel Assoc
210 N Glenoaks Blvd  Suite C
Burbank, CA 91502


Los Robles Greens
299 S Moorpark Road
Thousand Oaks, CA 91361


Luis Chi
554 Avenida De La Plata
Newbury Park, CA 91320


M3 Accounting Services Inc
800B Jesse Jewell Parkway SW
Gainsville, GA 30501

Maestro Tour Management
33 George Street Suite 307
Liverpool, Eng L3 9LU


Maintenance U.S.A.
P.O. Box 404295
Atlanta, GA 30384-4295


Malibu Canyon Landscape
2046 Tierra Rejada
Moorpark, CA 93021


Maris Lighting Company LLC
4228 Hideaway Drive
Tucker, GA 30084


Maritz Travel
1735 Market St #4
Philadelphia, PA 19103-7531


Mark's Fitness Services
2219 E Thousand Oaks Blvd #433
Thousand Oaks, CA 91362


Marriott International
10400 Fernwood Rd Spc Events 55
Bethesda, MD 20817


Marriott International Inc
Domestic Fran AR
Chicago, IL 60693

Mechanical Servants INC
Convenience Valet
Melrose Park, IL 60160


Meeting Professionals International
3030 LBJ Freeway #1700
Dallas, TX 75234-2759


Michael R. Matthias, Esq
Baker & Hostetler LLP
12100 Wilshire Blvd 15th Floor
Los Angeles, CA 90025


Michael S Webster
1710 Newbury Park Road
Newbury Park, CA 91320


Micros Systems Inc
PO Box 23747
Baltimore, MD 21203


Midwestern Specialty Advertising Co
5135 Joy Road
Dexter, MI 48130


Midwestern Specialty Advertising Co. (11
5135 Joy Road
Dexter, MI 48130


Mike's Plumbing Service
996 Lawrence Dr #110
Newbury Park, CA 91320

Morris & Garritano Insurance
PO Drawer 1189
San Luis Obispo, CA 93406


Morrison & Foerster LLP
File No 72497
San Francisco, CA 94160


Mullen & Henzel LLP
PO Drawer 789
Santa Barbara, CA 93102


Mutual of Omaha
PO Box 541070
Los Angeles, CA 90054-1070


National Appeal Inc
748 Navigator Way
Oxnard, CA 93035


National Appeal Inc.
748 Navigator Way
Oxnard, CA 93035


Nationwide Life Insurance Company
Attn: Heather Gregg
One Nationwide Plaza
Columbus, OH 43215


Newbury Park Soccer Club
107 N Reino Rd PMB #341
Newbury Park, CA 91320

Newbury Park Urgent
2080 Newbury Road
Newbury Park, CA 91320


NP Giant Associates LLC
5655 Lindero Canyon Road Suite 301
Thousand Oaks, CA 91362


Oakstone Glass Corporation
757 E Thousand Oaks Blvd.
Thousand Oaks, CA 91360


Ocean Park Hotels Inc
710 Fiero Lane Suite 14
San Luis Obispo, CA 93401


Office Depot
PO Box 70025
Los Angeles, CA 90074-0025


Open Door Ind
PO Box 17272
Encino, CA 91416


Otis Elevator Company
Dept LA 21684
Pasadena, CA 91185-1684


Pacific Beverage
PO Box 392
Oxnard, CA 93032-0392

Palm Garden Hotel
495 N Ventu Park Road
Newbury Park, CA 91320


Parker, Milliken, Clark
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071


Peerless Industries, Inc.
4430 Paysphere Circle
Chicago, IL 60674


Pepsi-Cola
PO Box 75948
Chicago, IL 60675-5948


Peterson Communication Group
827 Arnold Drive Suite 140
Martinez, CA 94553


PETTY CASH
1710 Newbury Park Road
Newbury Park, CA 91320


pica9
518 Broadway 3rd Floor
New York, NY 10012


PK Architects
1333 W Broadway RdSuite 101
Tempe, AZ 85282

Plasticard-Lockteck International
605 Sweeten Creek Indust Park
Asheville, NC 28803


PostHousing, Inc.
9323 Martin Way East, Suite 112
Olympia, WA 98516


R.W. Smith & CO
PO Box 51847
Los Angeles, CA 90051-6147


Rayne Water Systems
6953 Canoga Avenue
Canoga Park, CA 91303


Reliable Repairs
153 Hoover Ave
Ventura, CA 93004


Residence Inn WLV
300950 Russell Ranch Road
Westlake Village, CA 91362


Revenue Performance Inc
10831 Woodchase Circle
Orlando, FL 32836


Richard Welde
1710 Newbury Park Road
Newbury Park, CA 91320

Rockbridge Capital, LLC
4100 Regent Street Suite G
Columbus, OH 43219


Roetzel & Andress
222 S Main Street
Akron, OH 44308-2098


Rogelia Sempero-Soto
1451 Ramona Drive
Newbury Park, CA 91320


Roto-Rooter Plumbers
3989 Market Street
Ventura, CA 93003-5616


Royal Cup Coffee
PO Box 170971
Birmingham, AL 35217


RPM, Inc
P.O. Box 1037
Santa Ynez, CA 93460


S.M.T. See My Thailand
1609 W Valley Blvd #202C
Alhambra, CA 61803


San Fernando Vally Bus Journal
P.O. Box 16825
North Hollywood, CA 91615

```
Santa Clarita Valley Golf Cars
16439 Sierra Hwy
Canyon Country, CA 91351


Sid Wainer & Son
PO Box 50240
New Bedford, MA 02745


Sleep Shoppe
1714 Newbury Road
Newbury Park, CA 91320


Southern California Edison
PO Box 300
Rosemead, CA 91772-0001


Southern Wine & Spirits- SFS
File 560022
Los Angeles, CA 90074-6002


Spindle Company Inc.
3710 Park Place
Montrose, CA 91020


Sports Teams Accomodations, Inc.
1715 Dickson Ave, Suite 240
Kelowna, BC BC V1Y 9G6


Stan's Doughnuts
658 N Moorpark Road
Thousand Oaks, CA 91360
```

Standard Textile
PO Box 0302
Cincinnati, OH 45263-0302


Staples Inc
Bank of America
Box 83689
Chicago, IL 83689


Staples, Inc
Bank of America
Box 83689
Chicago, IL 83689


Star Linen & Hospitality
1501 Lancer Drive
Moorestown, NJ 08057-4233


Starcite, Inc.
1650 Arch Street, 18th Floor
Philadelphia, PA 19103


State Board of Equalization
Attn  Special Procedures Section
PO Box 942879
Sacramento, CA 95814


State of CA Dept. of Ind Relations
710 S Central Ave Suite 300
Glendale, CA 91204


State of CA Dept. of Industrial
710 S. Central Ave, Suite 300
Glendale, CA 91204

State of CA Dept. of Tourism
980 9th Street
Suite 480
Sacramento, CA 95814


Stremicks Heritage Foods, LLC
P.O.box 54720
Los Angeles, CA 90054-0720


SYSCO Food Services
PO Box 432
Oxnard, CA 93032-0432


Target
2705 Teller Road
Thousand Oaks, CA 91320


The Badge Company
18261 Enterprise Lane Suite D
Huntington Beach, CA 92648


The Gas Company
PO Box C
Monterey Park, CA 91756


The Wasserstrom Company
477 S Front Street
Columbus, OH 43215


Thomas Mitchell
305 Deodar Avenue
Oxnard, CA 93030

Thousand Oaks Chamber of Commerce
600 Hampshire Road Suite 200
Westlake Village, CA 91361


Todd Chandler Design
6412 E Palomino Circle
Somis, CA 93066


Tradavo
14144 W Evans Circle
Lakewood, CO 80228


Travel Advocates Inc.
c/o Jason Wood
Hoboken, NJ 07030


TravelClick, Inc.
2193 Paysphere Circle
Chicago, IL 60674


Traveling Teams
143 Cady Center Suite 214
Northville, MI 48167


Tri County A
1317 Lawrence Drive
Newbury Park, CA 91320


Tropicana Chilled DSD
PO Box 643106
Pittsburgh, PA 15264

United Imaging
21201 Oxnard Street
Woodland Hills, CA 91367


University Parent Guide
929 Pearl Street Suite 200
Boulder, CO 80302


US Hospitality
1940 Elm Hill Pike
Nashville, TN 37210


USA Today
305 Seaboard Lane Suite 301
Franklin, TN 37067


USFI Marketing Communications
12100 Ford Road, Suite 100
Dallas, TX 75234


Ventura County Environmental
800 S Victoria Ave.
Ventura, CA 93009


Ventura County Star
PO Box 6006
Camarillo, CA 93010


Verizon
PO Box 9688
Mission Hills, CA 91346

Vignola Hospitality Resources
5220 Business 50 West
Jefferson City, MO 65109


Virtual  Telecommunications Network (114
P.O. Box 13142
Newark, NJ 07101-5642


Virtupoint
27943 Smyth Drive Suite 204
Valencia, CA 91355


VTR
28436 Roadside Drive
Agoura Hills, CA 91301


Waffles of California
PO Box 1448
Brea, CA 92822


West Central Produce, INC
P.O. Box 21331
Los Angeles, CA 90021


Wreckless Inc.


Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361

Y Impress
360 Mobil Ave Suite 211A
Camarillo, CA 93010


Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145


ZEP Sales & Service
File 50188
Los Angeles, CA 90074-0188