Jeffrey N. Pomerantz (CA Bar No. 143717)
Linda F. Cantor (CA Bar No. 153762)
Robert M. Saunders (CA Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760

[Proposed] Attorneys for Debtors and Debtors in Possession

FILED & ENTERED

MAY 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ogier        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>OCEAN PARK HOTELS-TOY, LLC,<br>a California limited liability company<br><br>            Debtor. | Case No.: 1:10-bk-15358 GM<br>Chapter 11 |
| In re<br><br>OCEAN PARK HOTELS-TOp, LLC,<br>a California limited liability company<br><br>            Debtor. | Case No.: 1:10-bk-15359 GM<br>Chapter 11<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**<br><br>Date:   May 10, 2010<br>Time:  2:00 p.m.<br>Place:  Courtroom 303<br>           United States Bankruptcy Court<br>           21041 Burbank Boulevard<br>           Woodland Hills, California 91367<br>Judge: Honorable Geraldine Mund |

Upon motion (the "Motion")[1] of Ocean Park Hotels-TOY, LLC and Ocean Park Hotels-TOP, LLC, the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors"), for an order pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure

---

[1] All capitalized terms that are not defined in this Order have the definitions given them in the Motion.

62505-001\DOCS_LA:219640.1

1  granting the Debtors additional time to file their Schedules of Assets and Liabilities and Statements
2  of Financial Affairs (together, the "Schedules") as required by Bankruptcy Rule 1007(b); and the
3  Court having jurisdiction to consider the Motion and the relief requested therein in accordance with
4  28 U.S.C. § 1334; and it appearing that the relief requested by the Motion is necessary and in the
5  best interests of the Debtors, their estates, and their creditors; and due notice of the Motion having
6  been served upon (a) the Office of the United States Trustee, (b) creditors holding the twenty (20)
7  largest unsecured claims against each of the Debtors, (c) all alleged secured creditors; and (c) parties
8  requesting special notice, and it appearing that no other or further notice need be given; and
9  sufficient cause appearing therefore, it is

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the time by which the Debtors shall file their Schedules is hereby extended to and including, June 18, 2010, subject to the rights of the Debtors to seek additional extensions, and it is further

**ORDERED** that service of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

###

DATED: May 11, 2010

_United States Bankruptcy Judge_

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC                                    Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15358-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described *[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 10, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Barry Russell
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 10, 2010 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  1:10-bk-15358-GM and<br>CASE NUMBER:  1:10-bk-15358-GM |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify) ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15358-GM |
|---|---|

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Jeffrey N Pomerantz on behalf of Debtor Ocean Park Hotels - TOY LLC
jpomerantz@pszjlaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Robert M Saunders on behalf of Debtor Ocean Park Hotels - TOY LLC
rsaunders@pszjlaw.com, rsaunders@pszjlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

III.  **TO BE SERVED BY THE LODGING PARTY**:

**Ocean Park Hotels – TOY, LLC**
**Ocean Park Hotels – TOP, LLC**
**2002 Service List**

Debtor
Ocean Park Hotels-TOY, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

Debtor
Ocean Park Hotels-TOP, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

United States Trustee
Office of the United States Trustee
21051 Warner Center Lane,
Suite 115
Woodland Hills, CA 91367

Debtors' Banker
Wells Fargo Bank
50 Ragsdale Road
Monterey, CA  93940
Suite 100
Attn:  Eileen Long
(831) 647-4548

Secured Creditor
Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Attention :   Heather Gregg

Attorneys for Nationwide
Michael Matthias
Bruce Greene
Baker & Hostetler
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  1:10-bk-15358-GM and<br>CASE NUMBER:  1:10-bk-15358-GM |
|---|---|

**Twenty Largest Unsecured Creditors**

Richard Robbins
Parker, Milliken, Clark
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
213.683.6515


Steven Denz
Rockbridge Capital, LLC
4100 Regent Street, Suite G
Columbus, OH 43219


Franchise Tax Board
BE Bankruptcy
Mail Stop A345
P.O. Box 2952
Sacramento, CA 95812-2952
916.845.4750 / 916-845-9799

Franchise Tax Board
Sacramento, CA  95827
AAttention:  Gregory Sims
916-845-3311


Guest Supply
PO Box 910
Monmouth Junction, NJ  08852
Attn:  George
800.772.7676

Credit Dept.
CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669
415.593.5145


Kirt Mulji
Kyber Networks
5655 Silver Creek Valley Rd.
San Jose, CA 95138
866.267.3101

Emily Benforado
Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189
800.352.5326


David Ghiradelli
NP Giant Associates, LLC
5655 Lindero Canyon Road, Suite 301
Thousand Oaks, CA 91362
818.991.7890

Credit Dept.
Tradavo
14144 W. Evans Circle
Lakewood, CO 80228
512.432.4577

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15358-GM |
|---|---|

John
DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003
805.850.0194

Tim Ball
National Appeal, Inc.
748 Navigator Way
Oxnard, CA 93035
805.985.3523

Credit Dept.
GI Industries
195 W. Los Angeles
Simi Valley, CA 93065
805.522.9400

Jeff Renna
HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150
800.431.3000

Greg Bench
Royal Cup Coffee
P.O. Box 170971
Birmingham, AL 35217
800.366.5836

Credit Dept.
Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145
800.627.2777

Larry Taylor
Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007
800.325.1671

Credit Dept.
Reliable Repairs
153 Hoover Ave.
Ventura, CA 93004
805.812.5105

Kathy Tisdale
Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361
972.420.5297

Credit Dept.
Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066
805.987.8041

Credit Dept
Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760
773.588.5365

Gregory Morris
CompWest Insurance Company
Dept. 9669
Los Angeles, CA 90084-9669
805.543.6887

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  1:10-bk-15358-GM and<br>CASE NUMBER:  1:10-bk-15358-GM |
|---|---|

Henry Housepian
Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512
800.352.5326

Credit Dept.
AT&T (1151002984)
PO Box 5095
Carol Stream, IL 60197
877.212.7900

Credit Dept.
Getaway Media Corp
P.O. Box 2585
San Marcos, CA 92079
760.471.7693

Credit Dept.
Excellence in Air Conditioning
6117 Reseda Blvd
Reseda, CA 91335
818.705.8290

Credit Dept.
Christophers Cleaning
P.O. Box 6582
Thousand Oaks, CA 91360
310.883.8004

Credit Dept.
Bring Your Pet.com
315 Fruitwood Lane
Knoxville, TN 37922
865.671.8437

Credit Dept.
Rayne Water Systems
6953 Canoga Ave.
Canoga Park, CA 91303
805.497.3050

Credit Dept.
Waste Management
195 W. Los Angeles Avenue
Simi Valley, CA 93065
800.675.1171

Debbie's Delights
233 E. Gutierrez St.
Santa Barbara, CA 93101

Credit Dept.
Verizon California (506) (263)
P.O. Box 9688
Mission Hills, CA 91346-9688
800.483.6000

Tracy Nicholas
Advantage
1145 Shiloh Ct.
Mobile, AL 36609
251.342.4806

Ecolab Pest Control
P.O. Box 6007
Grand Forks, ND 58206-6007

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC<br><br>                                                          Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  1:10-bk-15358-GM and<br>CASE NUMBER:  1:10-bk-15358-GM |
|---|---|

Julie Brimm
American Hotel Register
16458 Collections Center Drive          **Requests for Special Notice**
Chicago, IL 60693
800.274.7868

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.