Jeffrey N. Pomerantz (CA Bar No. 143717)
Linda F. Cantor (CA Bar No. 153762)
Robert M. Saunders (CA Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
Email: lcantor@pszjlaw.com
Email: rsaunders@pszjlaw.com

[Proposed] Attorneys for Debtors and Debtors in Possession

**FILED & ENTERED**

MAY 25 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ogier     DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC,<br>a California limited liability company<br><br>    Debtor. | Case No. 1:10-bk-15358 GM<br>Chapter 11 |
| In re<br><br>OCEAN PARK HOTELS-TOP, LLC,<br>a California limited liability company<br><br>    Debtor | Case No. 1:10-bk-15359 GM<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE CONTINUED USE OF CASH COLLATERAL AND TO CONTINUE FINAL HEARING ON USE OF CASH COLLATERAL**<br><br>Continued Hearing Date:<br>Date:  June 22, 2010<br>Time:  10:00 a.m.<br>Place:  United States Bankruptcy Court<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA 91367<br>Judge:  Honorable Geraldine Mund |

      Upon the submission of the stipulation entered into by and between Ocean Park Hotels-TOY, LLC and Ocean Park Hotels-TOP, LLC, the debtors and debtors-in-possession herein

62505-002\DOCS_LA:220291.1

(collectively, the "Debtors") and Nationwide Life Insurance Company ("Nationwide") regarding continued use of cash collateral and to continue final hearing on use of cash collateral (the "Stipulation) [Docket No. 39] and, upon review and consideration of the Stipulation and the record in this case and in the case of the Debtors; and after due deliberation and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Nationwide hereby consents to the Debtors' continued use of Cash Collateral through and including June 24, 2010, in accordance with the terms of the Cash Collateral Motion and the Interim Orders as herein modified.

2. The final hearing on the Cash Collateral Motion scheduled for June 2, 2010 will be continued until _____ at __:__ _.m.

3. Nationwide shall have until June 11, 2010 to file and serve any objections to the entry of a final order on the Cash Collateral Motion.

###

DATED: May 25, 2010

_____
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>                                                                                Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br><br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., Ste. 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION RE CONTINUED USE OF CASH COLLATERAL AND TO CONTINUE FINAL HEARING ON USE OF CASH COLLATERAL,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 25, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund
Central District of California
21041 Burbank Blvd.
Woodland Hills, CA 91387-6603

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 25, 2010 | Diane H. Hinojosa | */s/ Diane H. Hinojosa* |
|---|---|---|
| *Date* | *Type Name:* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br>                                                        Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |

## ADDITIONAL SERVICE INFORMATION (if needed):

**II.    SERVED BY U.S.**

Debtor
Ocean Park Hotels-TOY, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

Debtor
Ocean Park Hotels-TOP, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

United States Trustee
Office of the United States Trustee
21051 Warner Center Lane,
Suite 115
Woodland Hills, CA 91367

Debtors' Banker
Wells Fargo Bank
50 Ragsdale Road
Monterey, CA  93940
Suite 100
Attn:  Eileen Long

Secured Creditor
Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Attention :   Heather Gregg

Attorneys for Nationwide
Michael Matthias
Bruce Greene
Baker & Hostetler
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025

Damon G. Saltzburg
Saltzburg, Ray & Bergman, LLP
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025

Natasha Johnson
DLA Piper LLP (US)
550 South Hope Street Suite 2300
Los Angeles, California 90071

Richard Robbins
Parker, Milliken, Clark
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071

Steven Denz
Rockbridge Capital, LLC
4100 Regent Street, Suite G
Columbus, OH 43219

Franchise Tax Board
BE Bankruptcy
Mail Stop A345
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Sacramento, CA  95827
AAttention:  Gregory Sims

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

Guest Supply
PO Box 910
Monmouth Junction, NJ  08852
Attn:  George

Credit Dept.
CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669

Kirt Mulji
Kyber Networks
5655 Silver Creek Valley Rd.
San Jose, CA 95138

Emily Benforado
Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189

David Ghiradelli
NP Giant Associates, LLC
5655 Lindero Canyon Road, Suite 301
Thousand Oaks, CA 91362

Credit Dept.
Tradavo
14144 W. Evans Circle
Lakewood, CO 80228

John
DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003

Tim Ball
National Appeal, Inc.
748 Navigator Way
Oxnard, CA 93035

Credit Dept.
GI Industries
195 W. Los Angeles
Simi Valley, CA 93065

Jeff Renna
HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150

Greg Bench
Royal Cup Coffee
P.O. Box 170971
Birmingham, AL 35217

Credit Dept.
Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |

Larry Taylor
Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007

Credit Dept.
Reliable Repairs
153 Hoover Ave.
Ventura, CA 93004

Kathy Tisdale
Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361

Credit Dept.
Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066

Credit Dept
Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760

Gregory Morris
CompWest Insurance Company
Dept. 9669
Los Angeles, CA 90084-9669

Henry Housepian
Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512

Credit Dept.
AT&T (1151002984)
PO Box 5095
Carol Stream, IL 60197

Credit Dept.
Getaway Media Corp
P.O. Box 2585
San Marcos, CA 92079

Credit Dept.
Excellence in Air Conditioning
6117 Reseda Blvd
Reseda, CA 91335

Credit Dept.
Christophers Cleaning
P.O. Box 6582
Thousand Oaks, CA 91360

Credit Dept.
Bring Your Pet.com
315 Fruitwood Lane
Knoxville, TN 37922

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

Credit Dept.
Rayne Water Systems
6953 Canoga Ave.
Canoga Park, CA 91303

Credit Dept.
Waste Management
195 W. Los Angeles Avenue
Simi Valley, CA 93065

Debbie's Delights
233 E. Gutierrez St.
Santa Barbara, CA 93101

Credit Dept.
Verizon California (506) (263)
P.O. Box 9688
Mission Hills, CA 91346-9688

Tracy Nicholas
Advantage
1145 Shiloh Ct.
Mobile, AL 36609

Ecolab Pest Control
P.O. Box 6007
Grand Forks, ND 58206-6007

Julie Brimm
American Hotel Register
16458 Collections Center Drive
Chicago, IL 60693

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>                                                                    Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION RE CONTINUED USE OF CASH COLLATERAL AND TO CONTINUE FINAL HEARING ON USE OF CASH COLLATERAL** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 21, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  **F 9021-1.1**

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

# ADDITIONAL SERVICE INFORMATION (if needed):

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Linda F Cantor on behalf of Debtor Ocean Park Hotels - TOY LLC
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Jeffrey N Pomerantz on behalf of Debtor Ocean Park Hotels - TOY LLC
jpomerantz@pszjlaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Damon G Saltzburg on behalf of Creditor Nationwide Life Insurance Company
ds@srblaw.com, cs@srblaw.com

Robert M Saunders on behalf of Debtor Ocean Park Hotels - TOY LLC
rsaunders@pszjlaw.com, rsaunders@pszjlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

### III. TO BE SERVED BY THE LODGING PARTY:

Debtor
Ocean Park Hotels-TOY, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

Debtor
Ocean Park Hotels-TOP, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

United States Trustee
Office of the United States Trustee
21051 Warner Center Lane,
Suite 115
Woodland Hills, CA 91367

Debtors' Banker
Wells Fargo Bank
50 Ragsdale Road
Monterey, CA  93940
Suite 100
Attn:  Eileen Long

Secured Creditor
Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Attention :   Heather Gregg

Attorneys for Nationwide
Michael Matthias
Bruce Greene
Baker & Hostetler
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

Damon G. Saltzburg
Saltzburg, Ray & Bergman, LLP
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025

Natasha Johnson
DLA Piper LLP (US)
550 South Hope Street Suite 2300
Los Angeles, California 90071

Richard Robbins
Parker, Milliken, Clark
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071

Steven Denz
Rockbridge Capital, LLC
4100 Regent Street, Suite G
Columbus, OH 43219

Franchise Tax Board
BE Bankruptcy
Mail Stop A345
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Sacramento, CA 95827
AAttention: Gregory Sims

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852
Attn: George

Credit Dept.
CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669

Kirt Mulji
Kyber Networks
5655 Silver Creek Valley Rd.
San Jose, CA 95138

Emily Benforado
Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189

David Ghiradelli
NP Giant Associates, LLC
5655 Lindero Canyon Road, Suite 301
Thousand Oaks, CA 91362

Credit Dept.
Tradavo
14144 W. Evans Circle
Lakewood, CO 80228

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

John
DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003

Tim Ball
National Appeal, Inc.
748 Navigator Way
Oxnard, CA 93035

Credit Dept.
GI Industries
195 W. Los Angeles
Simi Valley, CA 93065

Jeff Renna
HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150

Greg Bench
Royal Cup Coffee
P.O. Box 170971
Birmingham, AL 35217

Credit Dept.
Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145

Larry Taylor
Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007

Credit Dept.
Reliable Repairs
153 Hoover Ave.
Ventura, CA 93004

Kathy Tisdale
Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361

Credit Dept.
Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066

Credit Dept
Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760

Gregory Morris
CompWest Insurance Company
Dept. 9669
Los Angeles, CA 90084-9669

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br><br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

Henry Housepian
Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512

Credit Dept.
AT&T (1151002984)
PO Box 5095
Carol Stream, IL 60197

Credit Dept.
Getaway Media Corp
P.O. Box 2585
San Marcos, CA 92079

Credit Dept.
Excellence in Air Conditioning
6117 Reseda Blvd
Reseda, CA 91335

Credit Dept.
Christophers Cleaning
P.O. Box 6582
Thousand Oaks, CA 91360

Credit Dept.
Bring Your Pet.com
315 Fruitwood Lane
Knoxville, TN 37922

Credit Dept.
Rayne Water Systems
6953 Canoga Ave.
Canoga Park, CA 91303

Credit Dept.
Waste Management
195 W. Los Angeles Avenue
Simi Valley, CA 93065

Debbie's Delights
233 E. Gutierrez St.
Santa Barbara, CA 93101

Credit Dept.
Verizon California (506) (263)
P.O. Box 9688
Mission Hills, CA 91346-9688

Tracy Nicholas
Advantage
1145 Shiloh Ct.
Mobile, AL 36609

Ecolab Pest Control
P.O. Box 6007
Grand Forks, ND 58206-6007

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-bk-15358-GM and<br>CASE NUMBER: 1:10-bk-15359-GM |
|---|---|

Julie Brimm
American Hotel Register
16458 Collections Center Drive
Chicago, IL 60693

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.