1  Jeffrey N. Pomerantz (CA Bar No. 143717)
   Linda F. Cantor (CA Bar No. 153762)
2  Robert M. Saunders (CA Bar No. 226172)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5
6  [Proposed] Attorneys for Debtors and Debtors in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11

12 | In re:                                           | Case No.: 1:10-bk-15358 GM
   |                                                  | Chapter 11
13 | OCEAN PARK HOTELS-TOY, LLC,                      |
   | a California limited liability company,          | Case No. 1:10-bk-15359 GM
14 |                                                  | Chapter 11
   |                        Debtor.                   |
15 |                                                  |
   |                                                  | **NOTICE OF RESCHEDULING OF**
16 |                                                  | **MEETING OF CREDITORS [11 U.S.C.**
   | In re:                                           | **341(A)]**
17 |                                                  |
   | OCEAN PARK HOTELS-TOP, LLC,                      | _Rescheduled Meeting_
18 | a California limited liability company,          | Dated:    June 22, 2010
   |                                                  | Time:     1:00 p.m.
19 |                        Debtor.                   | Place:    Office of the United States
   |                                                  |           Trustee
20 |                                                  |           21051 Warner Center Lane
   |                                                  |           Room 105
21 |                                                  |           Woodland Hills, CA  91367

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO ALL CREDITORS AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the Meeting of Creditors pursuant 11 U.S.C. § 341(a)

scheduled for June 8, 2010, at 11:00 a.m. (Pacific Time) in the above-referenced chapter 11 cases

has been rescheduled by the Office of the United States Trustee to **June 22, 2010, at 1:00 p.m.**

**(Pacific Time)**.

Dated:    May 27, 2010                         PACHULSKI STANG ZIEHL & JONES LLP

                                        By    */s/ Linda F. Cantor*
                                              Jeffrey N. Pomerantz (CA Bar No. 143717)
                                              Linda F. Cantor (CA Bar No. 153762)
                                              Robert M. Saunders (CA Bar No. 226172)
                                              [Proposed] Attorneys for Debtors and Debtors
                                              in Possession

| In re: | CHAPTER 11 |
|---|---|
| Ocean Park Hotels-TOY, LLC; and | |
| Ocean Park Hotels-TOP, LLC | CASE NUMBER: 1:10-bk-15358-GM and |
| Debtor(s). | CASE NUMBER: 1:10-bk-15359-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described ***NOTICE OF RESCHEDULING OF MEETING OF CREDITORS [11 U.S.C. 341(A)]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 27, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 27, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 27, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 27, 2010 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**

| In re:<br>Ocean Park Hotels-TOY, LLC; and<br>Ocean Park Hotels-TOP, LLC<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER:  1:10-bk-15358-GM and<br>CASE NUMBER:  1:10-bk-15359-GM |
| --- | --- |

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Linda F Cantor on behalf of Debtor Ocean Park Hotels - TOY LLC
lcantor@pszjlaw.com, lcantor@pszjlaw.com

David K Eldan on behalf of Interested Party Courtesy NEF
malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com

Jeffrey N Pomerantz on behalf of Debtor Ocean Park Hotels - TOY LLC
jpomerantz@pszjlaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Damon G Saltzburg on behalf of Creditor Nationwide Life Insurance Company
ds@srblaw.com, cs@srblaw.com

Robert M Saunders on behalf of Debtor Ocean Park Hotels - TOY LLC
rsaunders@pszjlaw.com, rsaunders@pszjlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL**

*Please see attached Service Lists*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

Office of the United States Trustee
21051 Burbank Blvd
Suite 115
Los Angeles, CA 90067

A S Hospitality
P.O. Box 504232
Saint Louis, MO 63150-4232

ACCO Engineered Systems
6265 San Fernando Road
Glendale, CA 91201-2214

Accurate Backflow
7840 Burnet Avenue
Van Nuys, CA 91405

Acqua Clear Inc
1235 Flynn Rd Suite 408
Camarillo, CA 93012

Ad-vantage Promotional Product
1145 Shiloh Ct.
Mobile, AL 36609

Airplus Refrigeration
23705 Vanowen St.
Unit 131
West Hills, CA 91307

Alex Matute
134 Maegan Place #1
Thousand Oaks, CA 91362

All American Publishing
PO Box 100
Caldwell, ID 83606-0100

All Pro Pool & Spa
PO Box 1238
Moorpark, CA 93020-8399

All Systems Fire Protection
22157 Clarendon Street
Woodland Hills, CA 91367

Allied Distributing Co  LLC
2505 E Pleasant Valley Road
Camarillo, CA 93010

Allied Storage Containers Inc
PO Box 519
Colton, CA 92324

Am Red Cross of Ventura County
836 Calle Plano
Camarillo, CA 93011

Amanda Parrish
1710 Newbury Park Road
Newbury Park, CA 91320

American Arbitration Association
555 S Flower Street, 30th Floor
Los Angeles, CA 90071

American Express Corp Solutions
2002 N 19th Ave
Phoenix, AZ 85027

American Hotel Register
16458 Collections Center Drive
Chicago, IL 60693

American Red Cross/ Ventura County
836 Calle Plano
PO Box 608
Camarillo, CA 93011

Andavo Travel Inc
5680 Greenwood Plaza Blvd
Greenwood, CO 80111

Anderson Air Conditioning
Anderson Heating Refrigeration AC
567 W  Channel Islands Blvd.
Port Hueneme, CA 93041

Ashley Lighting Inc
405 Industrial Drive
Truman, AR 72472

Astor Chocolate Corporation
651 New Hampshire Ave
Lakewood, NJ 08701

AT&T  80802728412-LD
PO Box 5095
Carol Stream, IL 60197-5095

At&t (1141000025)
PO Box 78214
Phoenix, AZ 85062-8214

AT&T -8018-101 1034-Local
PO Box 78214
Phoenix, AZ 85062-8214

AT&T (1141000026)
PO Box 5019
Carol Stream, IL 60197-5019

AT&T 831-000-1377 780 T-1
PO Box 5019
Carol Stream, IL 60197-5019

Atco International
2136 Kingston Court
Marrietta, GA 30067-8902

Atlas First Aid & Safety
PO Box 603120
Cleveland, OH 44103-0120

Basso Distributing Co
2505 E Pleasant Valley Road
Camarillo, CA 93012

BCD Travel Netherlands BV
6 Concourse Parkway Suite 2400
Atlanta, GA 30328

BCD Travel USA LLC
10150 NW Ambassador Drive
Kansas City, MO 64153-1365

Bernards Brothers Construction
618 San Fernando Road
San Fernando, CA 91340

Big Apple Fire Protection, Inc.
821 Irving Drive
Thousand Oaks, CA 91360

Bigfoot Distributors
1421 Jamaica Drive
Casper, ID 82609

Blink Eye Production
8636 E San Lucas Drive
Scottsdale, AZ 85258

Blink Eye Production
8902 E Via Linda
Scottsdale, AZ 85258

Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-8063

Breeze's Bakery & Cafe
1714 Newbury Road
Newbury Park, CA 91320

Bright Electrical Supply
217 N Western Avenue
Chicago, IL 60612

Bring Your Pet.com
315 Fruitwood Lane
Knoxville, TN 37922

Bullseye Builders
4160 Hampstead Road
La Canada, CA 91011

Buy Efficient
903 Calle Amanecer
San Clemente, CA 92673

California Hotel & Lodging Assoc
PO Box 2007
Sacramento, CA 95812

California Hotel & Lodging
PO Box 919006
West Sacrameneto, CA 95691

California Lutheran University
60 W Olsen Road #6300
Thousand Oaks, CA 91360

California Travel & Tourism Comm
PO Box 2007
Sacramento, CA 95812-2007

California Weekend Getaways
PO Box 2585
San Marcos, CA 92079

Camarillo Premium Outlets
740 E Ventura Blvd Suite 504
Camarillo, CA 93010

Carolyn Defrancesco
101 Memorial Pkwy #2004
Thousand Oaks, CA 91360

Carter Fence Co
13207 Sherman Way
No. Hollywood, CA 91605

Cecilia Granados
513 Jenny Drive
Newbury Park, CA 91320

CEF Equities, LLC
710 Fiero Lane
Suite 14
San Luis Obispo, CA 93401

Channel Build Solutions
2269 Chestnut Street Suite 133
San Francisco, CA 94123

Charles Dethloff
619 W Robert Avenue
Oxnard, CA 93030

Christophers Cleaning
PO Box 6582
Thousand Oaks, CA 91360

Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760

Ciria Elizabeth Ortega
670 Paseo Esmeralda
Newbury Park, CA 91320

City of Thousand Oaks - Tax
2100 Thousand Oaks Blvd
Thousand Oaks, CA 91362

City of Thousand Oaks - Utilities
Department No 7235
Los Angeles, CA 90088-7235

Cleaners Supply
46 Isador Court Suite 103
Sparks, NV 89441

Clubhouse Cleaners
1145 Lindero Canyon Road
Thousand Oaks, CA 91362

Clubhouse Cleaners
North Ranch Pavilions
Thousand Oaks, CA 91362

Community Marketing Inc
584 Castro Street #834
San Francisco, CA 94114

Complete Carpet Care
6328 Whipporwill Street #3
Ventura, CA 93003-6958

CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669

Conejo Valley Parks & Recreation
403 W Hillcrest Drive
Thousand Oaks, CA 91360

Corporate Express, INC
PO Box 71217
Chicago, IL 60694-1217

County of Ventura
800 South Victoria Avenue
Ventura, CA 93009

Courtyard by Marriott at Manassas
Batlef
10701 Battleview Parkways
Manassas, VA 20109

Courtyard by Marriott Camarillo
(1151100
4994 Verdugo Way
Camarillo, CA 93012

Courtyard Seattle-Federal Way
31910 Gateway Center Blvd
Federal Way, WA 98003

Crane Development
9605 Kearny Villa Road
San Diego, CA 92126

Creative Lodging Solutions
PO Box 910690
Lexington, KY 40591

Dale and Thomas Popcorn
1 Cedar Lane
Englewood, NJ 07631-4802

Daniel's Design House
1815 E Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Day Dots
1801 Riverbend West Drive
Fort Worth, TX 76118

Debbies Delight's
223 E Gutierrez
Santa Barbara, CA 93101

Definitive Consulting Group LLC
831 Manhattan Street
Grover Beach, CA 93433

Department of Industrial Relations
PO Box 420603
San Francisco, CA 94142-0603

DepoNet
PO Box 934157
Atlanta, GA 31193-4157

Direct Access International Inc
560 N Moorpark Rd Suite 147
Thousand Oaks, CA 91360

DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003

DMX Music Inc.
1703 W Fifth Street Suite 600
Austin, TX 78703

DMX Music, Inc.
P. O. Box 660557
Dallas, TX 75266-0557

Donna Ontiveros
1712 Newbury Park Road
Newbury Park, CA 91320

Donna Ontiveros
618 Roosevelt Court
Simi Valley, CA 93065

Dow Jones & Company
Single Copy Sales
Chicopee, MA 01020-9983

Dreyer's
Edy's Grand Ice Cream
Oakland, CA 94607

Durbiano Fire Equipment, Inc.
PO Box 52
Ventura, CA 93002

Ecoblab Pool

Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189

Ecolab Food Safety Specialties
Daydots
Chicago, IL 60673-1241

Ecolab Pest Control
Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007

Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512

EDC Technologies, Inc.
PO Box 2639
Rohnert Park, CA 94927

Elizabeth Gooden Events
PO Box 19831
Atlanta, GA 30325

EMG
11011 McCormick Road
Hunt Valley, MD 21031

Employment Development Department
Bankruptcy Group
PO Box 826880
Sacramento, CA 94280

Environmental Health Division
800 S Victoria Avenue
Ventura, CA 93009-1730

ePlatinum Travel
4025 Delridge Way SW Suite 140
Seattle, WA 98106

Eustaquio E Origel
1696 Calle Turquesa
Newbury Park, CA 91320

EVIGNA
PO Box 67000
Dept #215301
Detroit, MI 48267-2153

Excellence in Air Conditioning
6117 Reseda Blvd Unit U
Reseda, CA 91335

FABTEX
1202 Struck Ave
Orange, CA 92867

Fed Ex
PO Box 7221
Pasadena, CA 91109-7321

Ferguson Heating and Cooling
887 Lawrence Drive
Newbury Park, CA 91320

First Insurance Funding Corp
PO Box 66468
Chicago, IL 60682

First Insurance Funding
8075 Innovation Way
Chicago, IL 60682

First Security Fire Protection
13961 Tucker Ave
Sylmar, CA 91342

ForRent.com
75 Remittance Drive #1705
Chicago, IL 60675-1705

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0631

Franklin & Vizzo
2594 Channel Drive
Ventura, CA 93003

FRAZEE
PO Box 122471
San Diego, CA 92112-2471

FreePrinters.com
4901 Harbor Ct
Flower Mound, TX 75022

Front Line Sales Inc
PO Box 67000
Dept #215301
La Verne, CA 91750

Front Line Sales, Inc.
PO Box 670
La Verne, CA 91750

Garber
27 Boylston Street/Rt 9
Chestnut Hill, MA 02467

GBP&B
1150 Palm Street
San Luis Obispo, CA 93401

George Smith Partners Inc
10250 Constellation Blvd Ste 2700
Los Angeles, CA 90067

Getaway Media Corp
PO Box 2585
San Marcos, CA 92079

Getaway Media Corp
PO Box 2585
San Marcos, CA 92079

GI Industries -
195 W. Los Angeles
Simi Valley, CA 93065

Glenn, Burdette, Phillips & Bryson
1150 Palm Street
San Luis Obispo, CA 93401

Gold Leaf Design Group Inc
PO Box 577520
Chicago, IL 60657

Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066

Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066

Golden West Pools
3537 Old Conejo Road Suite 106
Newbury Park, CA 91320

Golden West Sales
1956 Sabre Street
Hayward, CA 94545

Grainger
Dept 870262797
Palatine, IL 60038-0001

Grainger
Dept 870262813
Palatine, IL 60038-0001

Graphics Systems Inc
PO Box 911985
Dallas, TX 75391-1985

Great Pacific Sign Works
705 Lakefield Road Suite f
Westlake Village, CA 91361

Groople
10333 E Dry Creek Rd Suite 220
Englewood, CO 80112

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910

Guidance Software
23741 Network Place
Chicago, IL 60673-1213

Hampton Inn & Suites
50 W Daily Drive
Camarillo, CA 93010

Hampton Inn & Suites-Thousand Oaks
510 N Ventu Park Road
Thousand Oaks, CA 91320

Hathaway Perrett Webster
PO Box 3577
Ventura, CA 93006

HD Supply Facilities Maint
PO Box 509058
San Diego, CA 92150-9058

Heartland Food Products, INC
1901 W. 47th Place, Suite 20
Shawnee Mission, KS 66205

Helmsbriscoe
20875 N 90th Place
Chandler, AZ 85255

HelmsBriscoe
20875 N 90th Place
Scottsdale, AZ 85255

Hilton Garden Inn
27710 The Old Road
Valencia, CA 91355

Hinman & Carmichael LLP
260 California Street Suite 1001
San Francisco, CA 94111

Hi-Tech Electro Design
1554 Victory Blvd
Glendale, CA 91201

Hodges and Irvine
PO Box 197
Saint Clair, MI 48079

Hubert
9555 Dry ForkRoad
Harrison, OH 45030-1994

IISES LLC
5537 S Everett, 1W
Chicago, IL 60637

Image Pros
1746-F S Victoria Ave #135
Ventura, CA 93003

In The Swim
320 Industrial Drive
West Chicago, IL 60185

Inncom International Inc
277 W Main Street
Niantic, CT 06357

Inside Out Landscapes
PO Box 905
Carpinteria, CA 93014

INSIGHT
PO Box 78825
Phoenix, AZ 85062-8825

Integra Fabrics
3650 Ralph Ellis Blvd
Loris, SC 29569

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

iPrint Technologies
980 Magnolia Ave Suite 5
Larkspur, CA 94939

James M. Flagg
710 Fiero Lane
Suite 14
San Luis Obispo, CA 93401

JAMS Inc
PO Box 512850
Los Angeles, CA 90016

Jerry's Welding
649 Easy Street Unit D
Simi Valley, CA 93065

Journey Air Conditioning Inc
821 E 21st Street
Bakersfield, CA 93305

Kaba ILCO Inc
Hofwisenstrasse 24
8153 R mlang
Switzerland

Kaba ILCO Inc
PO Box 12553
Montreal, Can H3C 6R1

Kaiser Foundation Health Plan
File 5915
Los Angeles, CA 90074-5915

Kanta Solanki
1638 Ramona Drive
Newbury Park, CA 91320

Karcher Floor Care
Dept CH19244
Palatine, IL 60055-9244

Kenneth Painter
1710 Newbury Park Road
Newbury Park, CA 91320

Kenneth Painter
26809 Wyatt Lane
Stevenson  Ranch, CA 91381

Krystal Glover
485 Serento Circle
Thousand Oaks, CA 91360

Kyber Networks
5655 Silver Creek Valley Rd
PMB 441
San Jose, CA 95138

Kyber Networks
5655 Silver Creek Valley Rd
San Jose, CA 95138

L G Electronics U.S.A., Inc.
PO Box 730241
Dallas, TX 75373-0241

LA Best Photocopies
811 Wilshire Blvd Suite 200
Los Angeles, CA 90017

La Quinta Inn and Suites
1320 Newbury Road
Newbury Park, CA 91320

Labor Law Compliance Center
17215 Red Oak Drive #112
Houston, TX 77090

Labor Law Poster Service
5859 W Saginaw Hwy 343
Lansing, MI 48917-2460

Lawson Products
2689 Paysphere Circle
Chicago, IL 60674

Legalink, Inc.
File 70206
Los Angeles, CA 90074-0206

Lexyl Travel Technologies
8880 Rio San Diego Drive Suite 800
San Diego, CA 92108

LiveFile LLC
200 Station Way Suite D
Arroyo Grande, CA 93420

LodgeNet Entertainment Corp.
PO Box 952141
Saint Louis, MO 63195-2141

Lodging by Liberty
206 East Fraiser Avenue
Liberty, NC 27298

Los Angeles Business Travel Assoc
210 N Glenoaks Blvd  Suite C
Burbank, CA 91502

Los Angeles Times
File 51163
Los Angeles, CA 90074-1163

Los Robles Greens
299 S Moorpark Road
Thousand Oaks, CA 91361

Luis Chi
1469 Calle Durazno
Thousand Oaks, CA  91350-6713

M.H. Designs
21 W Easy Street Suite 107
Simi Valley, CA 93065

M3 Accounting Services Inc
800B Jesse Jewell Parkway SW
Gainsville, GA 30501

Maestro Tour Management
33 George Street Suite 307
Liverpool, Eng L3 9LU

Maintenance U.S.A.
P.O. Box 404295
Atlanta, GA 30384-4295

Malibu Canyon Landscape
2046 Tierra Rejada Road
Moorpark, CA 93021

Maris Lighting Company LLC
4228 Hideaway Drive
Tucker, GA 30084

Maritz Travel
1735 Market St #4
Philadelphia, PA 19103-7531

Mark's Fitness Services
2219 E Thousand Oaks Blvd #433
Thousand Oaks, CA 91362

Mark's Plumbing Parts
PO Box 121554
Fort Worth, TX 76121-1554

Marriott International Inc
Domestic Fran AR
Chicago, IL 60693

Marriott International Inc.
BofA /Marriott Int Domestic Franch
Chicago, IL 60693

Marriott International
10400 Fernwood Rd Spc Events 55
Bethesda, MD 20817

Mechanical Servants INC
Convenience Valet
Melrose Park, IL 60160

Meeting Professionals International
3030 LBJ Freeway #1700
Dallas, TX 75234-2759

Michael Matthias
Baker & Hostetler
12100 Wilshire Blvd
15th Floor
Los Angeles, CA 90025

Michael S Webster
1710 Newbury Park Road
Newbury Park, CA 91320

Micros Systems Inc
PO Box 23747
Baltimore, MD 21203

Midwestern Specialty Advertising Co
5135 Joy Road
Dexter, MI 48130

Mike's Plumbing Service
996 Lawrence Dr #110
Newbury Park, CA 91320

Morris & Garritano Insurance
PO Drawer 1189
San Luis Obispo, CA 93406

Morrison & Foerster LLP
File No 72497
San Francisco, CA 94160

Mullen & Henzel LLP
PO Drawer 789
Santa Barbara, CA 93102

Mutual of Omaha
PO Box 541070
Los Angeles, CA 90054-1070

National Appeal Inc
748 Navigator Way
Oxnard, CA 93035

National Telecommunications
520 Broad Street
Newark, NJ 07102

Nationwide Life Insurance Company
Attn: Heather Gregg
One Nationwide Plaza
Columbus, OH 43215

NCO FINANCIAL SYSTEMS INC
P.O. Box 4946
Trenton, NJ 08650-4946

Neil Eberle
No Address

Newbury Park Soccer Club
107 N Reino Rd PMB #341
Newbury Park, CA 91320

Newbury Park Urgent Care
2080 Newbury Road Suite B
Newbury Park, CA 91320

Nicholas Kirkham
27 Castillian Court
Newbury Park, CA 91320

NP Giant Associates LLC
5655 Lindero Canyon Rd Suite 301
Thousand Oaks, CA 91362

Oakstone Glass Corporation
757 E Thousand Oaks Blvd.
Thousand Oaks, CA 91360

Oakwood Corporate Housing
File 056739
Los Angeles, CA 90074-6739

Ocean Park Hotels Inc
710 Fiero Lane Suite 14
San Luis Obispo, CA 93401

ODV Info Tech
2705 Homestead Road #4
Santa Clara, CA 95051

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025

Open Door Ind
PO Box 17272
Encino, CA 91416

Open Door Ind
PO Box 17272
Encino, CA 91416

Otis Elevator Company
Dept LA 21684
Pasadena, CA 91185-1684

Otis Spunkmeyer
7090 Collection Drive
Chicago IL  60693

Pacific Beverage
PO Box 392
Oxnard, CA 93032-0392

Palm Garden Hotel
495 N Ventu Park Road
Newbury Park, CA 91320

Parker Milliken Clark
555 S Flower Street 30th Floor
Los Angeles, CA 90071

Pasco
949 N Cataract Ave Suite M
San Dimas, CA 91773

Pavilion Furniture Inc
16200 NW 49th Avenue
Miami, FL 33014

Peerless Industries, Inc.
4430 Paysphere Circle
Chicago, IL 60674

Pepsi-Cola
PO Box 75948
Chicago, IL 60675-5948

Pepsi-Cola
PO Box 75948
Chicago, IL 60675-5948

Peterson Communication Group
827 Arnold Drive Suite 140
Martinez, CA 94553

PETTY CASH/Courtyard
1710 Newbury Park Road
Newbury Park, CA 91320

Petty Cash/TownCenter Suites
1712 Newbury Road
Newbury Park, CA 91320

pica9
518 Broadway 3rd Floor
New York, NY 10012

PK Architects
1333 W Broadway Rd Suite 101
Tempe, AZ 85282

Plasticard Locktech Int
PO Box 601553
Charlotte, NC 28260-1553

Plasticard-Lockteck International
605 Sweeten Creek Indust Park
Asheville, NC 28803

PostHousing Inc
9323 Martin Way East Suite 112
Olympia, WA 98518

Quiltcraft
1230 E Ledbetter Drive
Dallas, TX 75216

R.W. Smith & CO
PO Box 51847
Los Angeles, CA 90051-6147

Rayne Water Systems
6953 Canoga Ave
Canoga Park, CA 91303

Reliable Repairs
153 Hoover Ave
Ventura, CA 93003

Residence Inn WLV
300950 Russell Ranch Road
Westlake Village, CA 91362

Revenue Performance Inc
10831 Woodchase Circle
Orlando, FL 32836

Richard Welde
1710 Newbury Park Road
Newbury Park, CA 91320

Ridgeway Communications Ent
5694 Shelby Oaks Drive
Memphis, TN 38134-7325

Rockbridge Capital LLC
4100 Regent Street, Suite G
Columbus, OH 43219

Roetzel & Andress
222 S Main Street
Akron, OH 44308-2098

Rogelia Sempero-Soto
1451 Ramona Drive
Newbury Park, CA 91320

Roger Corwin (11510093)
1710 Newbury Road
Newbury Park, CA 91320

Roto-Rooter Plumbers
3989 Market Street
Ventura, CA 93003-5616

Royal Cup Coffee
PO Box 170971
Birmingham, AL 35217

RPM Inc
PO Box 1037
Santa Ynez, CA 93460

RW Smith & Co.
PO Box 51847
Los Angeles, CA 90051-6147

S.M.T. See My Thailand
1609 W Valley Blvd #202C
Alhambra, CA 61803

San Fernando Vally Bus Journal
P.O. Box 16825
North Hollywood, CA 91615

Santa Clarita Valley Golf Cars
16439 Sierra Hwy
Canyon Country, CA 91351

SEPCO Publishing
PO Box 800100
Santa Clarita, CA 91380

Sid Wainer & Son
PO Box 50240
New Bedford, MA 02745

Signs Now!
2522 E Thousand Oaks Blvd.
Thousand Oaks, CA 91362

Sleep Shoppe
1714 Newbury Road
Newbury Park, CA 91320

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

Southern Wine & Spirits- SFS
File 560022
Los Angeles, CA 90074-6002

Spindle Company Inc.
3710 Park Place
Montrose, CA 91020

Sports Teams Accomodations, Inc.
1715 Dickson Ave, Suite 240
Kelowna, BC BC V1Y 9G6

Standard Textile
PO Box 0302
Cincinnati, OH 45263-0302

Stan's Doughnuts
658 N Moorpark Road
Thousand Oaks, CA 91360

Staples Inc
Bank of America
Box 83689
Chicago, IL 83689

Staples
PO Box 405386
Atlanta, GA 30384

Star Linen & Hospitality
1501 Lancer Drive
Moorestown, NJ 08057

Starcite, Inc.
1650 Arch Street, 18th Floor
Philadelphia, PA 19103

State Board of Equalization
Attn  Special Procedures Section
PO Box 942879
Sacramento, CA 95814

State of CA Dept. of Ind Relations
710 S Central Ave Suite 300
Glendale, CA 91204

State of CA Dept. of Tourism
980 9th Street
Suite 480
Sacramento, CA 95814

Stremicks Heritage Foods, LLC
P.O.box 54720
Los Angeles, CA 90054-0720

Sundrella Alluminum Products
2740 W Deer Valley Road
Phoenix, AZ 85027

Sysco Food Services
3100 Sturgis Road
Oxnard, CA 93030

SYSCO Food Services
PO Box 432
Oxnard, CA 93032-0432

Sysco Guest Supply
PO Box 824700
Monmouth Junction, NJ 19812-4700

Target
2705 Teller Road
Thousand Oaks, CA 91320

Telepacific Communications
515 S. Flower Street
Los Angeles, CA 90071

Tennant Sales and Service Company
PO Box 71414
Chicago, IL 60694-1414

The Badge Company
18261 Enterprise Lane Suite D
Huntington Beach, CA 92648

The Gas Company
PO Box C
Monterey Park, CA 91756

The Wasserstrom Company
477 S Front Street
Columbus, OH 43215

Thomas Mitchell
305 Deodar Avenue
Oxnard, CA 93030

Thousand Oaks Chamber of Comm
600 Hampshire Road Suite 200
Westlake Village, CA 91361

Thousand Oaks Electric
676 Camino de la Luna
Thousand Oaks, CA 91320

Todd Chandler Design
6412 E Palomino Circle
Somis, CA 93066

Tophotel Supply Inc
16546 Air Center Blvd
Houston, TX 77032

Tradavo
14144 W Evans Circle
Denver, CO 80228

Travel Advocates Inc.
c/o Jason Wood
Hoboken, NJ 07030

Travel Time Travel Agency
1044 New Holland Ave
Lancaster, PA 17601

TravelClick, Inc.
2193 Paysphere Circle
Chicago, IL 60674

Traveling Teams
143 Cady Center Suite 214
Northville, MI 48167

Tri-County A/C and Fireplaces
1317 Lawrence Drive
Newbury Park, CA 91320

Tri-County Electric Inc
3481 Old Conejo Raod Suite 105
Newbury Park, CA 91320

Tri-County Locksmiths
2502 Hillrose Place
Oxnard, CA 93036

Tropicana Chilled DSD
PO Box 643106
Pittsburgh, PA 15264

U.S. Hospitality Corp Uniguest
PO Box 291509
Nashville, TN 37229

U.S.Y Yellow Pages
PO Box 3110
Jersey City, NJ 07303-3110

ULTRA-CHEM INC
PO Box 3717
Shawnee Mission, KS 66203-0717

Ultramar Travel Management
14 East 47th Street
New York, NY 10017

United Imaging
21201 Oxnard Street
Woodland Hills, CA 91367

United Parcel Service
PO Box 894820
Los Angeles, CA 90189

University Parent Guide
929 Pearl Street Suite 200
Boulder, CO 80302

University Parent Magazines Inc
929 Pearl Street Suite 200
Boulder, CO 80302

US Hospitality
1940 Elm Hill Pike
Nashville, TN 37210

US Hospitality
PO Box 291509
Nashville, TN 37229

USA Today
305 Seaboard Lane Suite 301
Franklin, TN 37067

USA Today
AR #158890
305 Seaboard Ln Ste 301
Franklin, TN 37067

USFI Marketing Communications
12100 Ford Road, Suite 100
Dallas, TX 75234

Ventura County Environmental
800 S Victoria Ave.
Ventura, CA 93009

Ventura County Star
PO Box 6006
Camarillo, CA 93010

Ventura County Star
PO Box 6006
Camarillo, CA 93011

Verizon California 62506
PO Box 9688
Mission Hills, CA 91346-9688

Verizon California 9907
PO Box 9688
Mission Hills, CA 91346-9688

Vignola Hospitality Resources
5220 Business 50 West
Jefferson City, MO 65109

Virtual  Telecommunications Network
(114
P.O. Box 13142
Newark, NJ 07101-5642

Virtupoint
27943 Smyth Drive Suite 204
Valencia, CA 91355

Vomela (1151008972)
274 East Filmore Avenue
St. Paul, MN 55107

VTR
28436 Roadside Drive
Agoura Hills, CA 91301

Waffles of California
PO Box 1448
Brea, CA 92822

Waste Management
195 W Los Angeles Avenue
Simi Valley, CA 93065

West Central Produce, INC
P.O. Box 21331
Los Angeles, CA 90021

Wreckless Inc.

Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361

Y Impress
360 Mobil Ave Suite 211A
Camarillo, CA 93010

Yantzer Brothers Air, Inc.
30941 W. Agoura Rd, Suite 232
Westlake Village, CA 91361

Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145

ZEP Sales & Service
File 50188
Los Angeles, CA 90074-0188

Zep Sales & Service
File 50188
Los Angeles, CA 90074-0188

**Ocean Park Hotels – TOY, LLC**
**Ocean Park Hotels – TOP, LLC**
**2002 Service List**

Debtor
Ocean Park Hotels-TOY, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

United States Trustee
Office of the United States Trustee
21051 Warner Center Lane,
Suite 115
Woodland Hills, CA 91367

Secured Creditor
Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Attention :   Heather Gregg

Richard Robbins
Parker, Milliken, Clark
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
213.683.6515

**Twenty Largest Unsecured Creditors**

Franchise Tax Board
BE Bankruptcy
Mail Stop A345
P.O. Box 2952
Sacramento, CA 95812-2952
916.845.4750 / 916-845-9799

Debtor
Ocean Park Hotels-TOP, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

Debtors' Banker
Wells Fargo Bank
50 Ragsdale Road
Monterey, CA  93940, Suite 100
Attn:  Eileen Long
(831) 647-4548

Attorneys for Nationwide
Michael Matthias
Bruce Greene
Baker & Hostetler
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025

Natasha Johnson
DLA Piper LLP (US)
550 South Hope Street Suite 2300
Los Angeles, California 90071

Steven Denz
Rockbridge Capital, LLC
4100 Regent Street, Suite G
Columbus, OH 43219

Franchise Tax Board
Sacramento, CA  95827
AAttention:  Gregory Sims
916-845-3311

Guest Supply
PO Box 910
Monmouth Junction, NJ  08852
Attn:  George
800.772.7676

Credit Dept.
CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669
415.593.5145

Kirt Mulji
Kyber Networks
5655 Silver Creek Valley Rd.
San Jose, CA 95138
408-506-5660

Emily Benforado
Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189
800.352.5326

David Ghiradelli
NP Giant Associates, LLC
5655 Lindero Canyon Road, Suite 301
Thousand Oaks, CA 91362
818.991.7890

Credit Dept.
Tradavo
14144 W. Evans Circle
Lakewood, CO 80228
512.432.4577

John
DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003
805.850.0194

Tim Ball
National Appeal, Inc.
748 Navigator Way
Oxnard, CA 93035
805.985.3523

Credit Dept.
GI Industries
195 W. Los Angeles
Simi Valley, CA 93065
805.522.9400

Jeff Renna
HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150
800.431.3000

Greg Bench
Royal Cup Coffee
P.O. Box 170971
Birmingham, AL 35217
800.366.5836

Credit Dept.
Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145
800.627.2777

Larry Taylor
Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007
800.325.1671

Credit Dept.
Reliable Repairs
153 Hoover Ave.
Ventura, CA 93004
805.812.5105

DOCS_LA:219386.2

Kathy Tisdale
Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361
972.420.5297

Credit Dept.
Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066
805.987.8041

Credit Dept
Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760
773.588.5365

Gregory Morris
CompWest Insurance Company
Dept. 9669
Los Angeles, CA 90084-9669
805.543.6887

Henry Housepian
Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512
800.352.5326

Credit Dept.
AT&T (1151002984)
PO Box 5095
Carol Stream, IL 60197
877.212.7900

Credit Dept.
Getaway Media Corp
P.O. Box 2585
San Marcos, CA 92079
760.471.7693

Credit Dept.
Excellence in Air Conditioning
6117 Reseda Blvd
Reseda, CA 91335
818.705.8290

Credit Dept.
Christophers Cleaning
P.O. Box 6582
Thousand Oaks, CA 91360
310.883.8004

Credit Dept.
Bring Your Pet.com
315 Fruitwood Lane
Knoxville, TN 37922
865.671.8437

Credit Dept.
Rayne Water Systems
6953 Canoga Ave.
Canoga Park, CA 91303
805.497.3050

Credit Dept.
Waste Management
195 W. Los Angeles Avenue
Simi Valley, CA 93065
800.675.1171

Debbie's Delights
233 E. Gutierrez St.
Santa Barbara, CA 93101

Credit Dept.
Verizon California (506) (263)
P.O. Box 9688
Mission Hills, CA 91346-9688
800.483.6000

Tracy Nicholas
Advantage
1145 Shiloh Ct.
Mobile, AL 36609
251.342.4806

Ecolab Pest Control
P.O. Box 6007
Grand Forks, ND 58206-6007

Julie Brimm
American Hotel Register
16458 Collections Center Drive
Chicago, IL 60693
800.274.7868

**Requests for Special Notice**

Attorneys for Nationwide Life Insurance Company
David L. Ray, Esq.
Damon G. Saltzburg
Saltzburg, Ray & Bergman, LLP
12121 Wilshire Blvd., Suite 600
Los Angeles, California 90025-1166
Telephone: (310) ~81-6700
Facsimile: (310) 481-6720

Attorneys for Nationwide Life Insurance Company
Sherri B. Lazear, Esq.
Harlan W. Robins, Esq.
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, Ohio ~3215 - 4260
Telephone: (614) 228-1541
Facsimile: (614) 462-2616