1  Jeffrey N. Pomerantz (CA Bar No. 143717)
   Linda F. Cantor (CA Bar No. 153762)
2  Robert M. Saunders (CA Bar No. 226172)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5
6  [Proposed] Attorneys for Debtors and Debtors in Possession

FILED & ENTERED

JUN 24 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY holbert    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10            SAN FERNANDO VALLEY DIVISION

12  In re:

13  OCEAN PARK HOTELS-TOY, LLC,
    a California limited liability company,

14                                        Debtor.

16  In re:

17  OCEAN PARK HOTELS-TOP, LLC,
    a California limited liability company,

18                                        Debtor.

19

Case No.: 1:10-bk-15358 GM
Chapter 11

[Jointly Administered with Case No. 1:10-
bk-15359 GM]


**ORDER GRANTING MOTION
ESTABLISHING INTERIM FEE
APPLICATION AND EXPENSE
REIMBURSEMENT PROCEDURES**

**]Relates to Docket Nos. 45 (TOY) and
43 (TOP)]**


[No Hearing Required Per Local
Bankruptcy Rule 9013-1(o)(1)]

62505-002\DOCS_LA:220660.1

1    The Court has considered the *Motion for Order Establishing Interim Fee Application and*

2    *Expense Reimbursement Procedures* (the "Motion") filed by Ocean Park Hotels-TOY, LLC

3    ("TOY"), and Ocean Park Hotels-TOP, LLC. ("TOP"), the debtors and debtors in possession in the

4    above-captioned cases (the "Debtors").  Unless otherwise defined herein, capitalized terms have the

5    meaning ascribed to them in the Motion.

6    Based upon the record before the Court, notice of the Motion is sufficient under the

7    circumstances and no hearing on the Motion is required pursuant to the Local Bankruptcy Rules; and

8    after due deliberation and good cause appearing therefore,

9    **IT IS HEREBY ORDERED THAT:**

10    1.    The Motion is GRANTED.

11    2.    Each Professional seeking payment of interim compensation shall file with the Court

12    and serve on the Debtors, proposed counsel for the Debtors, the Office of the United States Trustee,

13    and counsel for the Committee, if applicable, or if no Committee is appointed, the top twenty

14    unsecured creditors of each of the Debtors, (collectively, the "Special Notice Parties"), an

15    application for interim compensation and reimbursement of expenses (the "Monthly Fee

16    Application") for fees and expenses incurred during the previous calendar month.  Monthly Fee

17    Application shall be filed and served at least twenty-five (25) days after the end of the month for

18    which compensation is sought.  In the event that any Professional fails to timely file and serve its

19    Monthly Fee Application, the Debtors in their sole discretion may elect to defer review of and

20    payment on a late-submitted Monthly Fee Application until the next monthly cycle.

21    3.    Each Monthly Fee Application shall relate to services rendered and expenses incurred

22    during the prior month; shall seek payment of interim compensation in an amount equal to eighty

23    percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during

24    the prior month; and shall indicate the amount requested, the total time expended, the names of the

25    individuals who performed the services, and the hourly billing rate for each such individual.  Each

26    Monthly Fee Application shall be accompanied by a detailed listing of the time expended by the

27    individuals who performed the services and the costs incurred during the pertinent month or Initial

28    Period and shall be substantially in the form annexed to the Motion as **Exhibit A.**

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS · AT LAW
LOS ANGELES · CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS · AT · LAW
LOS ANGELES · CALIFORNIA

4.    Each Professional electing to file a Monthly Fee Application shall: (1) file and serve a copy of said Monthly Fee Application on the Special Notice Parties, and (2) file with the Court and serve a notice of said Monthly Fee Application, substantially in the form of notice annexed to the Motion as **Exhibit B** (the "Notice"),[1] on all parties who have requested special notice in these cases pursuant to Bankruptcy Rule 2002 (the "General Notice Parties") as well as the Special Notice Parties.  Debtors may elect to file an omnibus notice of Monthly Fee Applications, provided such notice shall be in substantially the form of **Exhibit B** to the Motion.

5.    Any objection to the payment of fees or reimbursement of expenses in a Monthly Fee Application must be filed with the Court and served on the Professional whose Monthly Fee Application is the subject of the objection within ten (10) calendar days of the date the Notice was mailed (the "Objection Period").  If no objection is timely filed and served within the Objection Period, the Monthly Fee Application shall be deemed approved on an interim basis, and the Debtors shall be authorized to make payment as requested therein within ten (10) calendar days following the expiration of the Objection Period, without the Court holding a hearing or entering any further order thereon.  If an objection is timely filed and served, then the Debtors shall be authorized to make payment within ten (10) calendar days as requested in the Monthly Fee Application of only those amounts (or percentages) that are undisputed.  Any disputed amounts shall be considered by the Court at the next hearing to be held on interim fee applications in these cases or at such other time as may be noticed by the Professional whose Monthly Fee Application is the subject of a timely filed written objection.

6.    Notwithstanding the monthly fee request and payment thereof pursuant to Monthly Fee Applications, after the end of each four-month period, commencing with the period that ends August 30,  2010, each Professional who has elected to file a Monthly Fee Application or is seeking interim compensation shall file with the Court and serve on the Special Notice Parties an interim fee application with a summary of the activities of the Professional (the "Interim Application"), in accordance with section 331 of the Bankruptcy Code, Bankruptcy Rules 2016 and 2002(a)(6), the

---

[1]    The Debtors may elect to serve an Omnibus Notice of Monthly Fee Applications (an "Omnibus Notice") in lieu of each Professional sending an individual Notice.  Should the Debtors do so, the Omnibus Notice will be in substantially the same form as is attached as Exhibit B to the Motion.

1    United States Trustee's Guidelines and the Local Bankruptcy Rules.  The Interim Applications may

2    seek approval of up to one hundred percent (100%) (including the twenty percent (20%) held back

3    from Monthly Fee Applications) of the requested interim compensation and reimbursement of

4    expenses, including any compensation and reimbursement made pursuant to Monthly Fee

5    Applications, during the prior four-month period.  All subsequent quarterly fee applications and

6    hearings shall be held in accordance with the Local Bankruptcy Rules and the Bankruptcy Rules.

7         7.    For each subsequent Interim Application period after the period covered by the First

8    Interim Application period, the Court shall hold a hearing on Interim Applications on a date to be

9    determined.  At hearings on Interim Applications, any party in interest who has timely filed a written

10   objection will be entitled to be heard upon its objection, as will the Professional whose fees or

11   expenses are the object of said objection.  If an objection is sustained, or the Court otherwise so

12   orders, the applicant shall disgorge to the Debtors any payments it may have received for fees or

13   costs with respect to which such objection is sustained.  If an objection is not sustained and the fees

14   or expenses approved, any unpaid amount shall be paid promptly by the Debtors.

15        8.    The failure of any party to raise an objection to the Monthly Fee Application or

16   Interim Application shall not be deemed a waiver of such objection for purposes of final applications

17   for allowance of fees and reimbursement of expenses pursuant to section 330 of the Bankruptcy

18   Code ("Final Applications").

19        9.    Nothing in this Order or in the interim procedures set forth herein shall relieve any

20   Professional from the obligation to file Final Applications.

21

22

23

24

25

26

27

28

PACHULSKI  STANG  ZIEHL & JONES  LLP
ATTORNEYS   AT LAW
LOS ANGELES , CALIFORNIA

1       10.    This Court shall retain jurisdiction to hear and determine all matters arising from the

2 implementation of this Order.

3 ###

DATED: June 24, 2010

_____
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _June 14, 2010_ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge _will be_ completed no later than 24 hours after the document is filed.

**Via Overnight Mail (Federal Express)**
Honorable Geraldine Mund
United States Bankruptcy Court
21041 Burbank Blvd. Suite 342
Woodland Hills, CA 91367-6603

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge _will be_ completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2010 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br>    Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |
| --- | --- |

I.　　　**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

<div align="center">

**Ocean Park Hotels – TOY, LLC**
**Ocean Park Hotels – TOP, LLC**
**2002 Service List**

</div>

Debtor
Ocean Park Hotels-TOY, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

Debtor
Ocean Park Hotels-TOP, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

United States Trustee
Office of the United States Trustee
21051 Warner Center Lane,
Suite 115
Woodland Hills, CA 91367

Debtors' Banker
Wells Fargo Bank
50 Ragsdale Road
Monterey, CA  93940, Suite 100
Attn:  Eileen Long
(831) 647-4548

Secured Creditor
Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH  43215
Attention :   Heather Gregg

Attorneys for Nationwide
Michael Matthias
Bruce Greene
Baker & Hostetler
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025

Richard Robbins
Parker, Milliken, Clark
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
213.683.6515

Natasha Johnson
DLA Piper LLP (US)
550 South Hope Street Suite 2300
Los Angeles, California 90071

**Twenty Largest Unsecured Creditors**

Steven Denz
Rockbridge Capital, LLC
4100 Regent Street, Suite G
Columbus, OH 43219

| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |
|---|---|

Franchise Tax Board
BE Bankruptcy
Mail Stop A345
P.O. Box 2952
Sacramento, CA 95812-2952
916.845.4750 / 916-845-9799

Franchise Tax Board
Sacramento, CA  95827
AAttention:  Gregory Sims
916-845-3311

Guest Supply
PO Box 910
Monmouth Junction, NJ  08852
Attn:  George
800.772.7676

Credit Dept.
CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669
415.593.5145

Kirt Mulji
Kyber Networks
5655 Silver Creek Valley Rd.
San Jose, CA 95138
408-506-5660

Emily Benforado
Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189
800.352.5326

David Ghiradelli
NP Giant Associates, LLC
5655 Lindero Canyon Road, Suite 301
Thousand Oaks, CA 91362
818.991.7890

Credit Dept.
Tradavo
14144 W. Evans Circle
Lakewood, CO 80228
512.432.4577

John
DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003
805.850.0194

Tim Ball
National Appeal, Inc.
748 Navigator Way
Oxnard, CA 93035
805.985.3523

Credit Dept.
GI Industries
195 W. Los Angeles
Simi Valley, CA 93065
805.522.9400

Jeff Renna
HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150
800.431.3000

| In re:                                                      | CHAPTER 11                                                              |
|-------------------------------------------------------------|-------------------------------------------------------------------------|
| OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br>     Debtor(s). | CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |

Greg Bench
Royal Cup Coffee
P.O. Box 170971
Birmingham, AL 35217
800.366.5836

Credit Dept.
Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145
800.627.2777

Larry Taylor
Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007
800.325.1671

Credit Dept.
Reliable Repairs
153 Hoover Ave.
Ventura, CA 93004
805.812.5105

Kathy Tisdale
Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361
972.420.5297

Credit Dept.
Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066
805.987.8041

Credit Dept
Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760
773.588.5365

Gregory Morris
CompWest Insurance Company
Dept. 9669
Los Angeles, CA 90084-9669
805.543.6887

Henry Housepian
Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512
800.352.5326

Credit Dept.
AT&T (1151002984)
PO Box 5095
Carol Stream, IL 60197
877.212.7900

Credit Dept.
Getaway Media Corp
P.O. Box 2585
San Marcos, CA 92079
760.471.7693

Credit Dept.
Excellence in Air Conditioning
6117 Reseda Blvd
Reseda, CA 91335
818.705.8290

| | |
|---|---|
| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |

Credit Dept.
Christophers Cleaning
P.O. Box 6582
Thousand Oaks, CA 91360
310.883.8004

Credit Dept.
Bring Your Pet.com
315 Fruitwood Lane
Knoxville, TN 37922
865.671.8437

Credit Dept.
Rayne Water Systems
6953 Canoga Ave.
Canoga Park, CA 91303
805.497.3050

Credit Dept.
Waste Management
195 W. Los Angeles Avenue
Simi Valley, CA 93065
800.675.1171

Debbie's Delights
233 E. Gutierrez St.
Santa Barbara, CA 93101

Credit Dept.
Verizon California (506) (263)
P.O. Box 9688
Mission Hills, CA 91346-9688
800.483.6000

Tracy Nicholas
Advantage
1145 Shiloh Ct.
Mobile, AL 36609
251.342.4806

Ecolab Pest Control
P.O. Box 6007
Grand Forks, ND 58206-6007

Julie Brimm
American Hotel Register
16458 Collections Center Drive
Chicago, IL 60693
800.274.7868

**Requests for Special Notice**

Attorneys for Nationwide Life Insurance Company
David L. Ray, Esq.
Damon G. Saltzburg
Saltzburg, Ray & Bergman, LLP
12121 Wilshire Blvd., Suite 600
Los Angeles, California 90025-1166
Telephone: (310) ~81-6700
Facsimile: (310) 481-6720

Attorneys for Nationwide Life Insurance Company
Sherri B. Lazear, Esq.
Harlan W. Robins, Esq.
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215-4260
Telephone: (614) 228-1541
Facsimile: (614) 462-2616

| | |
|---|---|
| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br>                                                       Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 14, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. <u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |
|---|---|

## I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

*Linda F Cantor on behalf of Debtor Ocean Park Hotels - TOP, LLC*
*lcantor@pszjlaw.com, lcantor@pszjlaw.com*

*David K Eldan on behalf of Interested Party Courtesy NEF*
*malvarado@pmcos.com, rpinal@pmcos.com;calendar@pmcos.com*

*Jeffrey N Pomerantz on behalf of Debtor Ocean Park Hotels - TOP, LLC*
*jpomerantz@pszjlaw.com*

*S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)*
*margaux.ross@usdoj.gov*

*Damon G Saltzburg on behalf of Creditor Nationwide Life Insurance Company*
*ds@srblaw.com, cs@srblaw.com*

*Robert M Saunders on behalf of Debtor Ocean Park Hotels - TOP, LLC*
*rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*

*United States Trustee (SV)*
*ustpregion16.wh.ecf@usdoj.gov*

## II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL

**Ocean Park Hotels – TOY, LLC**
**Ocean Park Hotels – TOP, LLC**
**2002 Service List**

Debtor
Ocean Park Hotels-TOY, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA  93401

United States Trustee
Office of the United States Trustee
21051 Warner Center Lane,
Suite 115
Woodland Hills, CA 91367

Attorneys for Nationwide
Michael Matthias
Bruce Greene
Baker & Hostetler
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90025

| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC<br>OCEAN PARK HOTELS-TOP, LLC,<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER: 1:10-BK-15358-GM<br>[Jointly Administered With Case No. 1:10-bk-15359 GM] |
|---|---|