Jeffrey N. Pomerantz (CA Bar No. 143717)
Linda F. Cantor (CA Bar No. 153762)
Robert M. Saunders (CA Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com
Email: lcantor@pszjlaw.com
Email: rsaunders@pszjlaw.com

Attorneys for Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>OCEAN PARK HOTELS-TOY, LLC,<br>a California limited liability company<br><br>Debtor.<br><br>In re<br><br>OCEAN PARK HOTELS-TOP, LLC,<br>a California limited liability company<br><br>Debtor | Case No. 1:10-bk-15358 GM<br>Chapter 11<br><br>[Jointly Administered with Case No. 1:10-bk-15359 GM]<br><br>**STIPULATION RE CONTINUED USE OF CASH COLLATERAL AND TO CONTINUE FINAL HEARING ON USE OF CASH COLLATERAL**<br><br><u>Proposed Continued Hearing Date:</u><br>Date: August 4, 2010<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>      21041 Burbank Boulevard<br>      Woodland Hills, CA 91367<br>Judge: Honorable Geraldine Mund |

Ocean Park Hotels-TOY, LLC ("TOY") and Ocean Park Hotels-TOP, LLC ("TOP"), the debtors and debtors-in-possession herein (collectively, the "Debtors") and Nationwide Life Insurance Company ("Nationwide"), by and through their respective counsel of record, hereby represent as follows:

62505-002\DOCS_LA:221950.1

A. On May 6, 2010, each of the Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code.

B. On May 10, 2010, a hearing was held on *the Emergency Motion By the Debtors For Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, And (C) Granting Related Relief* (the "Cash Collateral Motion")[1] and on May 11, 2010 the Court entered its *Interim Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for use of Prepetition Collateral, and (C) Granting Related* Relief [TOY Docket No. 26 and TOP Docket No. 23] (the "Interim Orders"). The Interim Orders, among other things, authorized the Debtors to use Cash Collateral on the terms and conditions set forth in the Cash Collateral Motion through June 4, 2010, and set a final hearing on the Cash Collateral Motion for June 2, 2010 at 2:30 p.m.

C. Thereafter, on May 21, 2010 and on June 9, 2010, the Debtors and Nationwide entered into stipulations continuing the final hearing on the Cash Collateral Motion to June 22, 2010 and authorizing the Debtors' continued use of cash collateral through June 24, 2010. Those stipulations were approved by orders of the Bankruptcy Court dated May 25, 2010 [TOY Docket No. 42 and TOP Docket No. 39] and June 15, 2010 [TOY Docket No. 55] (collectively, the "June Date Continuance Orders"). On June 15, 2010 and on June 23, 2010, the Debtors and Nationwide entered into subsequent stipulations further continuing the final hearing on the Cash Collateral Motion to July 21, 2010, and authorizing the Debtors' continued use of cash collateral through July 23, 2010. Those stipulations were approved by orders of the Bankruptcy Court dated June 24, 2010 [TOY Docket No. 66] and June 28, 2010 [TOY Docket No. 73] (collectively, the "July Date Continuance Orders" and, together with the June Date Continuance Orders, the "Continuance Orders").

D. The Debtors and Nationwide have agreed to further continue the final hearing on the Cash Collateral Motion for a period of approximately two weeks and, in consideration of that continuance, Nationwide has agreed to consent to the Debtors' continued use of Cash Collateral on

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Cash Collateral Motion.

the terms set forth in the Cash Collateral Motion, the Interim Orders and the Continuance Orders until August 6, as modified herein.

E. The amount of franchise fees which will be due and owing to Marriott International, Inc. ("Marriott") under the Franchise Agreement dated August 24, 2004 (and all amendments related thereto) (the "Franchise Agreement") may fluctuate during the period contemplated by the Budget appended to the Cash Collateral Motion (the "Actual Franchise Fees"). Notwithstanding anything foregoing to the contrary, to the extent the Actual Franchise Fees exceed estimates, the Debtors are authorized to pay all franchise fees which are due to Marriott under the Franchise Agreement, notwithstanding the specific budgeted amounts contained in the Cash Collateral Motion.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY NATIONWIDE AND THE DEBTORS AS FOLLOWS:**

1. Nationwide hereby consents to the Debtors' continued use of Cash Collateral through and including August 6, 2010, in accordance with the terms of the Cash Collateral Motion, the Interim Orders, the Continued Orders and the provisions of this Stipulation.

2. The final hearing on the Cash Collateral Motion currently scheduled for July 21, 2010 will be continued until August 4, 2010 at 10:00 a.m. or at the Court's next available date and time.

3. Nationwide shall have until July 21, 2010 to file and serve any objections to the entry of a final order on the Cash Collateral Motion.

Dated: July 6, 2010

PACHULSKI STANG ZIEHL & JONES LLP

By _____
Jeffrey N. Pomerantz
Linda F. Cantor
Robert M. Saunders
Attorneys for Debtors and Debtors in Possession

Dated: July 6, 2010

SALTZBURG RAY AND BERGMAN, LLP

By  /s/ _____
David L. Ray
Damon G. Saltzburg
Attorneys for Nationwide Life Insurance Company

| | |
|---|---|
| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER CASE NUMBER: 1:10-bk-15358-GM and CASE NUMBER: 1:10-bk-15358-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., Ste. 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **STIPULATION RE CONTINUED USE OF CASH COLLATERAL AND TO CONTINUE FINAL HEARING ON USE OF CASH COLLATERAL,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 6, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **July 6, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund
Central District of California
21041 Burbank Blvd.
Woodland Hills, CA 91387-6603

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 6, 2010 | Diane H. Hinojosa | /s/ Diane H. Hinojosa |
|---|---|---|
| Date | Type Name: | Signature |

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER CASE NUMBER: 1:10-bk-15358-GM and CASE NUMBER: 1:10-bk-15358-GM |
|---|---|

## ADDITIONAL SERVICE INFORMATION (if needed):

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Linda F Cantor on behalf of Debtor Ocean Park Hotels - TOY LLC
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Jeffrey N Pomerantz on behalf of Debtor Ocean Park Hotels - TOY LLC
jpomerantz@pszjlaw.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV)
margaux.ross@usdoj.gov

Damon G Saltzburg on behalf of Creditor Nationwide Life Insurance Company
ds@srblaw.com, cs@srblaw.com

Robert M Saunders on behalf of Debtor Ocean Park Hotels - TOY LLC
rsaunders@pszjlaw.com, rsaunders@pszjlaw.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

### II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL

Debtor
Ocean Park Hotels-TOY, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA 93401

Debtor
Ocean Park Hotels-TOP, LLC
710 Fiero Lane, Suite 14
San Luis Obispo, CA 93401

United States Trustee
Office of the United States Trustee
21051 Warner Center Lane,
Suite 115
Woodland Hills, CA 91367

Debtors' Banker
Wells Fargo Bank
50 Ragsdale Road
Monterey, CA 93940
Suite 100
Attn: Eileen Long

Secured Creditor
Nationwide Life Insurance Company
One Nationwide Plaza
Columbus, OH 43215
Attention: Heather Gregg

Attorneys for Nationwide
Michael Matthias
Bruce Greene
Baker & Hostetler
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025

| | |
|---|---|
| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER CASE NUMBER: 1:10-bk-15358-GM and CASE NUMBER: 1:10-bk-15358-GM |

Damon G. Saltzburg
Saltzburg, Ray & Bergman, LLP
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025

Natasha Johnson
DLA Piper LLP (US)
550 South Hope Street Suite 2300
Los Angeles, California 90071

Richard Robbins
Parker, Milliken, Clark
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071

Steven Denz
Rockbridge Capital, LLC
4100 Regent Street, Suite G
Columbus, OH 43219

Franchise Tax Board
BE Bankruptcy
Mail Stop A345
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Sacramento, CA 95827
AAttention:  Gregory Sims

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852
Attn:  George

Credit Dept.
CompWest Insurance Company
Dept 9669
Los Angeles, CA 90084-9669

Kirt Mulji
Kyber Networks
5655 Silver Creek Valley Rd.
San Jose, CA 95138

Emily Benforado
Ecolab Fabrics
PO Box 100512
Pasadena, CA 91189

David Ghiradelli
NP Giant Associates, LLC
5655 Lindero Canyon Road, Suite 301
Thousand Oaks, CA 91362

Credit Dept.
Tradavo
14144 W. Evans Circle
Lakewood, CO 80228

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER CASE NUMBER: 1:10-bk-15358-GM and CASE NUMBER: 1:10-bk-15358-GM |
|---|---|

John
DJ's California Catering Inc
2784 Johnson Drive
Ventura, CA 93003

Tim Ball
National Appeal, Inc.
748 Navigator Way
Oxnard, CA 93035

Credit Dept.
GI Industries
195 W. Los Angeles
Simi Valley, CA 93065

Jeff Renna
HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150

Greg Bench
Royal Cup Coffee
P.O. Box 170971
Birmingham, AL 35217

Credit Dept.
Young's Market Company
PO Box 30145
Los Angeles, CA 90030-0145

Larry Taylor
Ecolab Pest Elim. Div.
PO Box 6007
Grand Forks, ND 58206-6007

Credit Dept.
Reliable Repairs
153 Hoover Ave.
Ventura, CA 93004

Kathy Tisdale
Xerox Corporation
PO Box 650361
Dallas, TX 75265-0361

Credit Dept.
Golden West Dental
PO Box 5066
Oxnard, CA 93031-5066

Credit Dept
Cintas the Uniform People
97627 Eagle Way
Chicago, IL 60678-9760

Gregory Morris
CompWest Insurance Company
Dept. 9669
Los Angeles, CA 90084-9669

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER CASE NUMBER: 1:10-bk-15358-GM and CASE NUMBER: 1:10-bk-15358-GM |
|---|---|

Henry Housepian
Ecolab
P.O. Box 100512
Pasadena, CA 91189-0512

Credit Dept.
AT&T (1151002984)
PO Box 5095
Carol Stream, IL 60197

Credit Dept.
Getaway Media Corp
P.O. Box 2585
San Marcos, CA 92079

Credit Dept.
Excellence in Air Conditioning
6117 Reseda Blvd
Reseda, CA 91335

Credit Dept.
Christophers Cleaning
P.O. Box 6582
Thousand Oaks, CA 91360

Credit Dept.
Bring Your Pet.com
315 Fruitwood Lane
Knoxville, TN 37922

Credit Dept.
Rayne Water Systems
6953 Canoga Ave.
Canoga Park, CA 91303

Credit Dept.
Waste Management
195 W. Los Angeles Avenue
Simi Valley, CA 93065

Debbie's Delights
233 E. Gutierrez St.
Santa Barbara, CA 93101

Credit Dept.
Verizon California (506) (263)
P.O. Box 9688
Mission Hills, CA 91346-9688

Tracy Nicholas
Advantage
1145 Shiloh Ct.
Mobile, AL 36609

Ecolab Pest Control
P.O. Box 6007
Grand Forks, ND 58206-6007

| In re:<br>**Ocean Park Hotels-TOY, LLC; and**<br>**Ocean Park Hotels-TOP, LLC**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER CASE NUMBER: 1:10-bk-15358-GM and CASE NUMBER: 1:10-bk-15358-GM |
|---|---|

Julie Brimm
American Hotel Register
16458 Collections Center Drive
Chicago, IL 60693

**Requests for Special Notice**

Attorneys for Nationwide Life Insurance Company
David L. Ray, Esq.
Saltzburg, Ray & Bergman, LLP
12121 Wilshire Blvd., Suite 600
Los Angeles, California 90025-1166
Telephone: (310) ~81-6700
Facsimile: (310) 481-6720

Attorneys for Nationwide Life Insurance Company
Sherri B. Lazear, Esq.
Harlan W. Robins, Esq.
Baker & Hostetler LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215-4260
Telephone: (614) 228-1541
Facsimile: (614) 462-2616